**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANDA GRACE MCBETH,

     Plaintiff,

vs.                           CASE NO.:  8:14-CV-00606-MSS-AEP

CREDIT PROTECTION ASSOCIATION,
LP,

     Defendant,

_____/

## <u>MORGAN & MORGAN'S NOTICE OF CHARGING LIEN</u>

Morgan & Morgan, P.A., gives notice of its intention to enforce a charging lien against any property or funds received or receivable by Plaintiff, Janda Grace McBeth, in this action whether by settlement, judgment, or otherwise.  In support, Morgan & Morgan, P.A. states the following:

1.     Morgan & Morgan, P.A., entered into a written contract for representation with Plaintiff as a prerequisite to performing legal services in this action.

2.     Plaintiff terminated Morgan & Morgan, P.A., and engaged David Mitchell.

3.     In accordance with Florida law, Morgan & Morgan, P.A., has the right to a charging lien against any property or funds received or receivable by Plaintiff in this action, whether by settlement, judgment or otherwise, or which was an issue in the instant action.

4.     Morgan & Morgan, P.A. has incurred the sum of $72.69 in costs in connection with the representation of Plaintiff in the instant action.  A charging lien is necessary to protect the attorney fees and costs until such time as said fees and costs are paid to Morgan & Morgan, P.A.; therefore Morgan & Morgan, P.A., is entitled to a

charging lien against any property or funds received or receivable by Plaintiff in this action, whether by settlement, judgment, or otherwise.

5.     Florida common law defines a charging lien as a mechanism by which an attorney may enforce his or her equitable rights to have costs and fees for legal services secured by the judgment of recovery, or other final resolution, in a lawsuit.

6.     David Mitchell and Morgan & Morgan, P.A. entered into a contract, which was signed by Mr. Mitchell, describing the attorney fees due to Morgan & Morgan, P.A.[1]

7.     By filing this Notice of Charging Lien of Morgan & Morgan, P.A., and the service of same upon the Plaintiff, Defendant, David Mitchell, Esquire, and Maney & Gordon, P.A., Morgan & Morgan, P.A., places all the foregoing entities on notice of its claim of a charging lien in this case as stated herein.

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to the following CM/ECF participants:   David P. Mitchell, Esquire, David@MitchellConsumerLaw.com, Barbara Fernandez, Esquire - bfernandez@hinshawlaw.com; dconnolly@hinshawlaw.com (Counsel for Defendant).

s/William Peerce Howard
William Peerce Howard, Esq.
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
WPHPleadings@forthepeople.com
Florida Bar #:  0103330

---

[1] Mr. Mitchell has an ethical obligation to provide timely notice of the lien to client.