1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                      TAMPA, FLORIDA

3

   JANDA GRACE McBETH,      Case No. 8:14-CV-00606-
4                                  MSS-AEP
           Plaintiff,
5

   -vs-
6

   CREDIT PROTECTION
7  ASSOCIATION, LP,

8          Defendant.
9  _____/

10

   DEPOSITION OF:    JANDA GRACE McBETH
11

   DATE TAKEN:       Wednesday, February 11, 2015
12

   TIME:             1:47 p.m. to 6:00 p.m.
13

   PLACE:            Hinshaw & Culbertson LLP
14                   100 S. Ashley Drive #500
                     Tampa, Florida  33602
15

   REPORTED BY:      Mary Ann Browne, FPR
16                   Notary Public

17

18

19

20

21

22

23

24

25

Page 2

1 APPEARANCES:
2 MANEY & GORDON, P.A.
    David P. Mitchell, Esquire
3 101 East Kennedy Boulevard
    Suite 3170
4 Tampa, Florida 33602
    david@mitchellconsumerlaw.com
5
    Appearing on behalf of the Plaintiff
6
    HINSHAW & CULBERTSON LLP
7 Barbara Fernandez, Esquire
    2525 Ponce de Leon Boulevard, 4th Floor
8 Coral Gables, Florida 33134
    bfernandez@hinshawlaw.com
9
    Appearing on behalf of the Defendant
10 (Via teleconferencing)
11
    ALSO PRESENT:  Amir Rezvani
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1         I N D E X
2 TESTIMONY OF JANDA GRACE McBETH        PAGE
    Examination by Ms. Fernandez        3
3   Examination by Mr. Mitchell        82
    CERTIFICATE OF OATH        85
4 CERTIFICATE OF REPORTER        86
    LETTER TO ATTORNEY        87
5 ERRATA SHEET        88
6
7
        E X H I B I T S
8
    NO.    DESCRIPTION    PAGE
9
    Exhibit 1  First Amended Complaint    19
10 Exhibit 2  Rule 26 Initial Disclosures  25
        Of Plaintiff
11 Exhibit 3  Exhibit A    28
    Exhibit 4  Call Log    39
12 Exhibit 5  Call Records    40
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1        COURT REPORTER:  Do you want to raise
2 your right hand and I'll swear you in.  Do
3 you solemnly swear or affirm the testimony
4 you're about to give in this cause shall be
5 the truth, the whole truth and nothing but
6 the truth?
7        THE WITNESS:  I do.
8        JANDA GRACE McBETH, having been first
9 duly sworn, was examined and testified upon
10 her oath as follows:
11        EXAMINATION
12 BY MS. FERNANDEZ:
13    Q    Good afternoon, Ms. McBeth.  My name
14 is Barbara Fernandez and I represent the
15 defendant in this case, Credit Protection
16 Association.  I'm going to refer to them as CPA
17 going forward just for brevity, if that's okay
18 with you?
19    A    That will be fine.
20    Q    Can you please state your name for the
21 record?
22    A    Janda Grace McBeth.
23    Q    I'm going to go through some ground
24 rules with you regarding the deposition.  Have
25 you had your deposition taken before?

Page 5

1    A    No.
2    Q    Okay.  So basically what's going to
3 occur is that I'll be asking you questions and
4 the court reporter that's sitting across from
5 you will be taking down my questions and all
6 your answers.
7        And, therefore, the best practice
8 would be that you speak loud enough that we can
9 all hear you and that particularly the court
10 reporter can hear you.
11        Also, try to avoid nodding of the head
12 or uh-huh or uh-uh, because that's very
13 difficult for the court reporter to take down
14 and it will be difficult to understand what you
15 mean by that.  So please verbalize your answers
16 to the court reporter as best you can.
17        If you don't understand my question,
18 please let me know and I will certainly rephrase
19 it.  Another good practice is to please wait
20 until I finish my question before you answer it
21 and that way we're not overlapping, which also
22 causes difficulty for the court reporter to take
23 what we're saying down.
24        If you need to take a break, please
25 let me know.  I understand you're going to have

Page 6

1 to go the meter. So just let me know when you
2 have to do that. With all of these rules, I am
3 going to assume, though, that if I ask you a
4 question and you answer my question, that you
5 fully understood my question.
6      Are you in agreement with this?
7 A   Yes.
8 Q   Are you under any medication or any
9 substance that would cause you difficulty in
10 understanding and answering my questions today?
11 A   No.
12 Q   Can you please give me your date of
13 birth?
14 A   March 2, 1957.
15      MS. FERNANDEZ: And if you can give me
16 your social security number. We can go off
17 the record so it's not in the transcript.
18      (Discussion off the record.)
19      MS. FERNANDEZ: Let's go back on the
20 record.
21 BY MS. FERNANDEZ:
22 Q   What's your current address?
23 A   3609 Old Mulberry Road.
24 Q   I'm sorry?
25 A   Old Mulberry Road.

Page 7

1 Q   And that is where?
2 A   That's Plant City, Florida.
3 Q   And the zip code?
4 A   33567.
5 Q   How long have you lived at this
6 residence?
7 A   More than 30 years.
8 Q   More than 30?
9 A   Yes.
10 Q   Do you own the home?
11 A   No.
12 Q   Do you rent or lease the home?
13 A   The property belongs to my mother.
14 Q   Who lives at this residence with you?
15 A   My mother and I live together.
16 Q   Anyone else?
17 A   No.
18 Q   Are you currently married?
19 A   No.
20 Q   Have you ever been married?
21 A   Yes.
22 Q   When were you married? During what
23 time period?
24 A   My husband passed away in '98 and we
25 were married for about six years.

Page 8

1 Q   Do you have any children?
2 A   No.
3 Q   What's the highest level of education
4 that you completed?
5 A   Three and a half years of college.
6 Q   Where was that?
7 A   I attended Hillsborough Community
8 College in Plant City and Tampa and Florida
9 Southern College in Lakeland, Florida.
10 Q   Did you receive any degrees?
11 A   I did. I received an AA from
12 Hillsborough Community and I did not receive a
13 degree from Florida Southern or the University
14 of South Florida.
15 Q   Are you currently employed?
16 A   I'm self-employed.
17 Q   What is your form of self-employment?
18 A   I do Internet marketing.
19 Q   Do you have a website?
20 A   No.
21 Q   Do you work out of your home?
22 A   I do.
23 Q   And what are the details of your job
24 in Internet marketing? What is it that you do?
25 A   I sell digital affiliate products.

Page 9

1 Q   I'm sorry?
2 A   I sell digital affiliate products.
3 Q   And what else?
4 A   That's it.
5 Q   Do you do any form of marketing for
6 your own company?
7 A   Yes.
8 Q   How do you market your company?
9 A   I just advertise affiliate products on
10 the Internet.
11 Q   On what website on the Internet do you
12 advertise and market your company?
13 A   Well, I don't advertise and market my
14 company. I market other people's products.
15 It's in a variety of places.
16 Q   My question was, for instance, how is
17 it that you obtain your clients? Is it through
18 word of mouth? Are you advertising?
19 A   I think I've answered the question.
20 Q   I'll ask it another way.
21 A   Okay.
22 Q   How do you market your services as an
23 Internet marketing company? How do you
24 advertise to potential clients or how did you
25 advertise and market yourself to your current

1 clients?
2 A I do advertising on places, like
3 Google and Yahoo and Bing. I don't -- I mean,
4 if I'm understanding what your question is more
5 about the client base than it is exactly what I
6 do.
7 I don't interact with my clients like
8 you interact with your clients. It's all done
9 on the Internet and I just market digital
10 products.
11 So if someone makes a purchase of an
12 affiliate product, I don't really -- I don't
13 really know who that person is.
14 Q What's the name of your company?
15 A I don't have a company. I do it just
16 for myself. I don't have a company. I'm not
17 incorporated to make those sales.
18 Q And how long have you been doing this
19 type of work?
20 A About seven years.
21 Q And before that, where were you
22 employed?
23 A I've been self-employed for a little
24 over 20 years and I've done real estate. I
25 bought and sold real estate. That's about it.

1 Q So you have a realtor license or you
2 did at one point?
3 A No. I've never been licensed by the
4 state of Florida or any other state to sell real
5 estate. I did it as an investor.
6 Q Any other type of work that you've
7 done within the last 20 years that you haven't
8 mentioned to me before?
9 A No.
10 Q You mentioned that you sell digital
11 affiliate products as part of your
12 self-employment.
13 Who is it that you're selling the
14 products to?
15 MR. MITCHELL: Object to the form.
16 A I don't really know where -- how much
17 further into this that I need to go with you. I
18 think that I've answered your questions.
19 BY MS. FERNANDEZ:
20 Q You didn't answer the question I just
21 asked and I don't believe your attorney has
22 instructed you not to answer. So you're
23 required to answer.
24 My question is, who do you sell the
25 digital affiliate products that you mentioned to

1 me before? Who is it that you're selling them
2 to?
3 MR. MITCHELL: I'm going to make an
4 objection. I realize that most of my
5 objections are going to be to form, but I'm
6 certain that we're going to get to a point
7 here, Barbara, where I'm questioning the
8 relevance of where we're going with this
9 within the scope of what has been pled and
10 the allegations of the complaint in this
11 case.
12 If she wants to, you can answer that
13 one, but beyond that, I'm going to go ahead
14 and put an objection in there on that.
15 A I'm done with that line of
16 questioning.
17 BY MS. FERNANDEZ:
18 Q You can go ahead and answer, Ms.
19 McBeth.
20 A I'm not sure I understand what you're
21 asking when you ask who is it that I sell to. I
22 sell to the general public. I really don't
23 understand the question.
24 Q Besides the lawsuit we're here for
25 today, have you ever been a party to another

1 lawsuit?
2 A No.
3 Q Have you ever been a member of any
4 class action?
5 A No.
6 Q Have you ever filed for bankruptcy?
7 A Yes.
8 Q When was that?
9 A I don't remember exactly, but it's
10 been -- I'm going to say it's been about ten
11 years ago, maybe a little longer.
12 Q And who was your attorney when you
13 filed for bankruptcy?
14 A You're asking me to go way back.
15 Q If you remember. I'm just asking.
16 A I don't remember, Barbara, I don't.
17 Q Do you remember what district or
18 county you filed bankruptcy in?
19 A The Middle District of Florida.
20 Q And is the bankruptcy proceeding
21 lawsuit that you filed, is that concluded? Is
22 it closed for lack of a better word?
23 A Yes, it's closed.
24 Q And were your debts discharged as a
25 result of the bankruptcy filing that you filed?

Page 14

1    A   I do not believe that they were.
2    Q   They were not?
3    A   I don't believe so, no.
4    Q   Do you have any friends or family in
5  the debt collection or credit reporting
6  industry?
7    A   No.
8        MS. FERNANDEZ: It's 2:00. Do you
9    want to take that break to go to the meter?
10       THE WITNESS: Sure.
11       MS. FERNANDEZ: Let's take a break and
12   we'll reconvene in 15 minutes. Let's go
13   off the record.
14       (Recess taken from 2:01 p.m. to 2:31
15   p.m.)
16       MS. FERNANDEZ: Back on the record.
17 BY MS. FERNANDEZ:
18   Q   We were talking, Ms. McBeth, about
19 your filing of bankruptcy. My question is, have
20 you filed for bankruptcy more than once?
21   A   Yes.
22   Q   So you said that you filed bankruptcy
23 about ten years ago. When was the other
24 occasion in which you filed for bankruptcy?
25   A   It was all during that same time

Page 15

1  period.
2    Q   How many separate bankruptcy filings
3  did you file on your behalf?
4    A   I don't recall.
5        MR. MITCHELL: Object to the form.
6  BY MS. FERNANDEZ:
7    Q   Was it more than twice?
8    A   Yes.
9        MR. MITCHELL: Object to the form.
10 BY MS. FERNANDEZ:
11   Q   Did you file for bankruptcy more than
12 five times?
13   A   I don't recall.
14       MR. MITCHELL: Object to the form.
15 BY MS. FERNANDEZ:
16   Q   How many outstanding debts have you
17 had in the past five years?
18   A   I object to that question, because
19 it's not expected to lead to evidence that would
20 be admissible at trial.
21       MR. MITCHELL: I'll make the objection
22   here. I'm going to object to the form.
23   I'll let you go on a little bit about this,
24   Barbara, before I make any instructions to
25   the witness not to answer, but again, I'm

Page 16

1    going to make my relevance objection here.
2    This is not within the scope of the
3    pleadings here, but go ahead, Ms. McBeth.
4    A   Please repeat the question.
5  BY MS. FERNANDEZ:
6    Q   How many outstanding debts have you
7  had within the last five years?
8        MR. MITCHELL: Object to the form.
9        THE WITNESS: I'm not sure what she
10   means by outstanding debt.
11       MR. MITCHELL: Tell her.
12   A   What do you mean by outstanding debt?
13 BY MS. FERNANDEZ:
14   Q   What I mean by outstanding debt is an
15 amount that you owe that is in default.
16       MR. MITCHELL: Object to the form.
17 BY MS. FERNANDEZ:
18   Q   It could be a credit card debt. It
19 could be a telephone bill.
20       MR. MITCHELL: Object to the form.
21 BY MS. FERNANDEZ:
22   Q   I'll ask again. How many outstanding
23 debts --
24   A   None that I recall.
25   Q   None that you recall?

Page 17

1    A   None that I recall.
2    Q   Do you have any outstanding debts
3  today?
4    A   No.
5        MR. MITCHELL: Object to the form.
6  BY MS. FERNANDEZ:
7    Q   Have you ever been arrested?
8    A   Yes.
9    Q   When were you arrested?
10   A   It's been more than ten years ago.
11   Q   And what was the arrest for?
12       MR. MITCHELL: Object to the form.
13   A   It was for a DUI.
14 BY MS. FERNANDEZ:
15   Q   Were you arrested on more than one
16 occasion?
17   A   No.
18       MR. MITCHELL: Object to the form of
19   that last question.
20 BY MS. FERNANDEZ:
21   Q   Ms. McBeth, you said that you were
22 arrested more than ten years ago on a DUI; is
23 that correct?
24   A   Yes.
25   Q   Were you arrested on any other

1  occasion besides the time that you were arrested
2  ten years ago for a DUI?
3      A   No.
4          MR. MITCHELL:  Object to the form.
5  BY MS. FERNANDEZ:
6      Q   Have you ever been convicted of a
7  crime?
8          MR. MITCHELL:  Object to the form.
9      A   No.
10 BY MS. FERNANDEZ:
11     Q   Did you review any records prior to
12 your deposition today in preparation for the
13 deposition?
14     A   Yes.
15     Q   What records did you review?
16     A   I briefly reviewed the
17 interrogatories.  I believe it was just mainly
18 the interrogatories.  I think it says production
19 documents on the beginning of the paperwork, but
20 in particular, I was interested in reviewing the
21 interrogatories.
22         MR. MITCHELL:  Beyond that, I'm going
23     to object to the scope of any question that
24     requests information about what Ms. McBeth
25     did in preparation for this deposition and

1      I'll instruct her not to answer any such
2      questions.
3  BY MS. FERNANDEZ:
4      Q   Ms. McBeth, how is it that you found
5  either Morgan & Morgan or Mr. Mitchell as your
6  attorney to represent you in this case?
7      A   I read an article about his recent win
8  in the Nelson v. Bank of America case.  Is that
9  it, Nelson?
10     Q   I'm going to refer you to the fifth
11 amended complaint and demand for jury trial,
12 which I believe the court reporter has.
13         (Exhibit 1 marked for identification.)
14 BY MS. FERNANDEZ:
15     Q   Ms. McBeth, I would like you to please
16 look at what's been marked as Defendant's
17 Exhibit 1 and let me know if you recognize what
18 this document is?
19         MR. MITCHELL:  I'm going to make a
20     standing objection to questions related to
21     the complaint in that the plaintiff didn't
22     draft this complaint and it's not
23     admissible evidence, but other than that.
24 BY MS. FERNANDEZ:
25     Q   Ms. McBeth, do you recognize the fifth

1  amended complaint?
2      A   Yes, I do.
3      Q   What do you understand that to be?
4          MR. MITCHELL:  Object to the form.
5      A   I recognize this to be the complaint
6  filed against your client, CPA, for violations
7  of the FDCPA, the FCCPA and the TCPA.
8  BY MS. FERNANDEZ:
9      Q   Did you review this complaint before
10 it was filed on your behalf?
11     A   Yes, I did.
12     Q   I'm going to refer you to page six of
13 the complaint.  Are you there?
14     A   Yes.
15     Q   Count 1 says, "Violation of the TCPA."
16 What are the reasons for you bringing this count
17 against CPA?
18         MR. MITCHELL:  Object to the form.
19 BY MS. FERNANDEZ:
20     Q   You can go ahead and answer.
21     A   Your client placed numerous calls to
22 my cell phone asking for someone that I don't
23 know.
24     Q   I'm going to refer you to the next
25 page, page seven, where it states Count 2 under

1  the FDCPA.  Are you there?
2      A   Yes.
3      Q   Okay.  Under Count 2, what are the
4  reasons for you -- strike that.  What is the
5  basis for you filing this FDCPA claim against
6  Credit Protection Association?
7          MR. MITCHELL:  Object to the form.
8      A   The same reasons for which I filed the
9  count under the TCPA.
10 BY MS. FERNANDEZ:
11     Q   Okay.  And now I'm going to have you
12 turn to page nine of the complaint.  Are you
13 looking at page nine?
14     A   Yes.
15     Q   On page nine of the fifth amended
16 complaint, it says Count 3, for alleged
17 violations under the FCCPA.
18         What is the basis for you filing this
19 count under the FCCPA against my client, CPA?
20         MR. MITCHELL:  Object to the form.
21     A   Again, for the same reasons as
22 Counts 1 and 2 were filed.
23 BY MS. FERNANDEZ:
24     Q   In the complaint you allege that you
25 were receiving calls on your cell number for a

Page 22

1 Tommy Mitchell; is that correct?
2    A   Yes.
3    Q   How do you know that the calls were
4 for a Tommy Mitchell?
5    A   Because the person that made the calls
6 asked for Tommy Mitchell.
7    Q   And you spoke to the person that
8 called for Tommy Mitchell?
9    A   Yes.
10    Q   You had an ongoing verbal conversation
11 with them?
12    A   I spoke with them long enough to
13 explain to them that they had the wrong number.
14    Q   Do you remember who you spoke to?
15    A   No.
16    Q   When did you speak with somebody from
17 CPA regarding the calls to Tommy Mitchell?
18    A   Well, I think that would be reflected
19 in the complaint.
20    Q   It is not, which is why I'm asking
21 you.
22    A   Okay. I'm going to say about March of
23 2013.
24    Q   So is it your testimony that around
25 March of 2013, you received a call in regards to

Page 23

1 a Tommy Mitchell and you spoke to someone from
2 CPA?
3    A   Yes.
4    Q   You don't recall the name of the
5 person?
6    A   No.
7    Q   Was it female or male?
8    A   Male.
9    Q   And what did you tell the person that
10 you spoke to from CPA during that call sometime
11 in March of 2013?
12    A   I told them that they had reached the
13 wrong number.
14    Q   Anything else?
15    A   That's all I recall.
16    Q   About how long was the conversation
17 that you had with this male from CPA around
18 March of 2013?
19    A   Well, I certainly don't recall
20 exactly, but I would say a minute or less.
21    Q   Did you record the conversation?
22    A   No.
23    Q   Did you make a note of the
24 conversation in any logs of your own?
25    A   No.

Page 24

1    Q   Do you recall what this alleged male
2 from CPA told you during that conversation?
3    A   No.
4    Q   Was there any other occasion that you
5 spoke to someone from CPA in regards to calls to
6 your cell phone?
7    A   There was a total of two or three
8 calls in which I answered the phone when they
9 called. And once I had explained to them more
10 than one time that they had reached the wrong
11 number, I stopped taking the calls.
12    Q   Besides the conversation that you
13 testified to in March of 2013, that you spoke to
14 somebody at CPA, do you recall any other
15 conversations?
16    MR. MITCHELL:  Object to the form.
17    A   No.
18 BY MS. FERNANDEZ:
19    Q   Do you know what -- strike that. It
20 is your allegation that you were being -- strike
21 that. It is your testimony that you were being
22 called in regards to a debt owed by Tommy
23 Mitchell; is that correct?
24    A   Yes.
25    Q   Do you know what that debt for Tommy

Page 25

1 Mitchell was for?
2    A   Do I know now or did I know then?
3    Q   You can answer both, now or then.
4    A   At the time of the phone call, I did
5 not know what the debt was for or to whom it was
6 alleged that he owed a debt.
7    Q   What do you understand today to be
8 what Tommy Mitchell's debt was for?
9    A   I understand today based on discovery
10 provided by CPA that it was a Bright House debt.
11    Q   Do you know whether the alleged debt
12 that Tommy Mitchell owed to Bright House was
13 incurred for personal family or household
14 purposes?
15    MR. MITCHELL:  Object to the form.
16    A   I have no idea.
17 BY MS. FERNANDEZ:
18    Q   I'm going to refer you now to what I'm
19 going to mark as Defendant's Exhibit 2, which is
20 titled Rule 26, Initial Disclosures of
21 Plaintiff.
22    (Exhibit 2 marked for identification.)
23 BY MS. FERNANDEZ:
24    Q   Ms. McBeth, do you recognize what
25 Defense Exhibit 2 is?

7 (Pages 22 - 25)

1    A   Yes.
2    Q   What do you understand that to be?
3 Can you identify the document for me?
4    A   Yes.
5    Q   I'm sorry, I'm waiting for an answer.
6    A   I realize I need to answer you.
7    Q   Okay.  So my question is, can you
8 identify what's been marked as Defendant's
9 Exhibit 2?
10    A   Yes.  And my understanding of this is
11 that I at this time provided -- it's been a long
12 time since I read this, but it looks as though I
13 was just providing the information that I have
14 to support my claim against your client.
15    Q   Okay.  I'm going to have you please
16 turn to page two or the second page of what's
17 been marked as Defendant's Exhibit 2.
18       And I read within that second page
19 that you listed transcript of voicemail
20 recordings received by plaintiff from defendant?
21    A   Yes.
22    Q   What did you mean by that?
23    A   A transcription that I did from one of
24 the voicemails that were left on my cell phone
25 voice mailbox.

1    Q   Do you still have that transcript?
2    A   Yes.
3    Q   Has it been produced to the defendant?
4    A   Yes.
5    Q   Do you have an audio recording of that
6 voicemail message?
7    A   No.
8    Q   Did you ever send any written
9 correspondence to CPA?
10    A   Yes.
11    Q   When was that?
12    A   I don't recall if it was in the latter
13 part of 2012 or if it would have been in 2013,
14 but I did send them a letter of intent to
15 litigate.
16    Q   Did you keep a copy of that letter?
17    A   Yes.  I believe I still have a copy.
18    Q   And have you produced that letter to
19 the defendant?
20    A   Well, yes, I mailed it to them.
21    Q   I mean in the process of this
22 litigation?
23    A   I don't recall.
24    Q   Was there more than one letter that
25 you sent to CPA?

1    A   No.
2    Q   When do you recall receiving phone
3 calls from CPA to your cell phone number?
4    A   Could you rephrase?
5    Q   Sure.  When do you recall receiving
6 telephone calls from CPA?
7       MR. MITCHELL:  Object to the form.
8 BY MS. FERNANDEZ:
9    Q   I'll ask it again.  When do you recall
10 first receiving telephone calls from CPA?
11       MR. MITCHELL:  Object to the form.  Go
12 ahead and answer.
13    A   March of 2013.
14 BY MS. FERNANDEZ:
15    Q   And about how many calls did you
16 receive to the cell phone number ending in 6732
17 from CPA?
18    A   Approximately 70 calls.
19       MS. FERNANDEZ:  I'm going to refer you
20 to, Madam Court Reporter, it's several
21 documents that should be paper-clipped that
22 starts with a page that says Exhibit A.
23 I'm going to mark that as Defendant's
24 Exhibit 3.
25       (Exhibit 3 marked for identification.)

1 BY MS. FERNANDEZ:
2    Q   Ms. McBeth, Defendant's Exhibit 3 is
3 exhibits that you attached to your, I believe it
4 was the third amended complaint.  It's docket
5 entry 31-1 and it consists of about 24 pages.
6       Actually, document entry 31-1 is
7 20 pages and then document entry 31-2 is four
8 pages, and this was attached by you as exhibits
9 to your complaint.
10       Do you understand that to be correct?
11    A   Yes.
12    Q   I'm going to refer you to your
13 affidavit, which is document entry 31-2.  Are
14 you looking at the affidavit?
15    A   Yes.
16    Q   Was this affidavit created by you?
17    A   Yes.
18    Q   And is that your signature at the end
19 of the affidavit signed June 13, 2014?
20    A   It appears to be a copy of my
21 signature.
22    Q   Did you draft this affidavit, Ms.
23 McBeth?
24    A   Yes.
25    Q   And in the affidavit, how many calls

1 are you alleging that you received from CPA?
2      MR. MITCHELL: Object to the form.
3    A   Twenty.
4 BY MS. FERNANDEZ:
5    Q   You just testified that you received
6 approximately 70 calls from what you understood
7 was CPA; is that correct?
8    A   Yes. My --
9    Q   Does that mean -- go ahead. I'm
10 sorry.
11    A   My count on the calls is 76 to be
12 precise. My recollection is that my attorney
13 thinks there may be 80 plus calls.
14    Q   So is it your testimony that the
15 affidavit that you signed and attached to your
16 complaint dated June 13, 2014 is incorrect and
17 inaccurate?
18      MR. MITCHELL: Object to the form.
19    A   What I would say about this is that I
20 believe at the time that the third amended
21 complaint was filed, I don't believe at that
22 time I had my Sprint call log.
23      So my testimony today is that the
24 affidavit as it relates to the third amended
25 complaint was complete and accurate at that

1 time.
2 BY MS. FERNANDEZ:
3    Q   Was what? I'm sorry.
4    A   It was complete and accurate at that
5 time.
6    Q   Is the affidavit that's attached as
7 31-2 to your complaint signed by you on June 13,
8 2014, is that affidavit correct and accurate
9 today?
10    A   I'd like to have a break.
11    Q   I'm sorry, but you cannot take a break
12 in the middle of a question. You need to answer
13 my question.
14      MR. MITCHELL: She's right. You can
15    answer the question and take a break.
16    A   Please repeat the question.
17 BY MS. FERNANDEZ:
18    Q   Is the affidavit that you signed on
19 June 13, 2014 that's attached as Document 31-2
20 to your complaint, is it accurate and complete
21 today?
22    A   No.
23    Q   Do you still want to take the break?
24    A   Please. Thank you.
25      MS. FERNANDEZ: How about a ten minute

1 break?
2      THE WITNESS: That will be great.
3      (Recess taken from 3:06 p.m. to 3:26
4    p.m.)
5      MS. FERNANDEZ: Back on the record.
6 BY MS. FERNANDEZ:
7    Q   Ms. McBeth, I'm going to continue to
8 refer you to what has been marked as Defense
9 Exhibit 3, I believe, which is your affidavit
10 and the exhibits attached to your amended
11 complaint.
12      Do you still have that in front of
13 you?
14    A   Yes, I do.
15    Q   There's a part of Defendant's
16 Exhibit 3 that's marked for the deposition that
17 looks like pictures of screenshots of a
18 telephone.
19      Do you recognize those?
20    A   Yes, I do.
21    Q   Did you take those screenshots
22 yourself?
23    A   Yes.
24    Q   And what are those screenshots of?
25    A   They are screenshots of incoming calls

1 from one of your client's telephone numbers.
2    Q   From what? I'm sorry.
3    A   From one of your client's telephone
4 numbers.
5    Q   How do you know it's a telephone
6 number of CPA?
7    A   I did a Google search.
8    Q   When did you do the Google search?
9    A   It was sometime in the latter part of
10 2012 -- not 2012. It wasn't 2012. It was 2013,
11 the beginning of 2013.
12    Q   You said you started receiving calls
13 in March of 2013; is that correct?
14    A   Yes.
15    Q   Around what time in 2013 did you
16 Google search these phone numbers?
17    A   It would have been in March when I
18 first started receiving the calls or when I
19 actually first noticed that I was receiving
20 calls.
21    Q   And these screenshots, how did you
22 take them?
23    A   I took them with a digital camera.
24    Q   And you were taking pictures of what?
25 Your cell phone?

1    A   Yes.
2    Q   So these screenshots that you took
3  yourself were taken by a digital camera of your
4  -- strike that.
5        The screenshots that we're looking at
6  that's part of Defendant's Exhibit 3, you took
7  those by taking a picture of your cell phone?
8    A   Correct.
9    Q   With a digital camera?
10   A   Correct.
11       MR. MITCHELL:  Objection to the form.
12  BY MS. FERNANDEZ:
13   Q   And was that during the call was
14  coming in, after the call came in?  When were
15  the pictures taken?
16   A   After.
17   Q   And your cell phone would have this
18  screen -- this picture on the screen when you
19  would take the phone after the call was done?
20   A   Yes.
21   Q   About how many pictures of the
22  screenshots do you have in total?  In other
23  words, are these all of the pictures that you
24  have of screenshots of your cell phone showing
25  CPA's number?

1    A   Yes.
2    Q   And how many are there attached as
3  exhibits to your complaint?
4    A   Nineteen.
5    Q   But you testified that you received
6  approximately 70 calls from CPA's telephone
7  number; is that correct?
8    A   Yes.  I did receive in excess of 70
9  calls.
10   Q   Why did you not take pictures of all
11  70 calls showing on your cell phone?
12       MR. MITCHELL:  Object to the form.
13   A   I took screenshots of all of the
14  incoming calls that I was aware of.
15  BY MS. FERNANDEZ:
16   Q   So you were not aware of the 70 --
17  approximate 70 calls that you received from CPA?
18   A   Yes, I was aware of them, but just
19  because I received a call from CPA or anyone
20  else doesn't mean that my telephone number would
21  automatically capture that.  I took photographs
22  of the incoming calls that were actually
23  captured by my telephone.
24   Q   Are you saying that CPA made calls
25  that weren't captured by your cell phone?

1    A   Correct.
2    Q   Meaning they were not incoming calls?
3        MR. MITCHELL:  Object to the form.
4    A   No.  I wouldn't say that they're not
5  incoming calls.
6  BY MS. FERNANDEZ:
7    Q   So how were they not captured?  Can
8  you explain?
9    A   Sometimes when you do not answer a
10  phone call, your phone does not automatically
11  capture it.
12   Q   What kind of cell phone did you have
13  at that time?
14   A   A Samsung.
15   Q   In your affidavit of June 13, 2014,
16  which you admit you signed and created, on that
17  day of June 13, 2014, were you not aware of the
18  approximate 70 calls that you received from CPA?
19   A   I would have to go back through my
20  records to see.  I'm sure it's in the record.
21   Q   What record?
22   A   I'm sure it's in the -- either in the
23  complaints.  I know for sure that I could answer
24  that question if I knew the date that I received
25  my Sprint call log from Sprint.

1    Q   That's not my question.  My question
2  is, when you created the affidavit on June 13,
3  2014, were you not aware of the approximate 70
4  calls that you're alleging you received from
5  CPA?
6        MR. MITCHELL:  Object to the form.
7    A   I'm not sure, Barbara, if I was aware
8  of that or not.
9  BY MS. FERNANDEZ:
10   Q   If you had been aware of the
11  approximate 70 calls that you allege CPA made to
12  your cell phone number on June 13, 2014, would
13  you have included that in your affidavit?
14       MR. MITCHELL:  Object to the form.
15   A   Not necessarily.
16  BY MS. FERNANDEZ:
17   Q   I'm sorry, I couldn't hear your
18  answer.
19   A   Not necessarily.
20   Q   And why not?
21   A   Because I prepared this affidavit with
22  the thought in mind that these were the calls
23  that I personally documented.
24   Q   If you were aware of the approximate
25  70 calls that you're alleging you received from

Page 38

1 CPA at the time that you filed your second
2 amended complaint on June 13, 2014, would you
3 have alleged that in the complaint?
4        MR. MITCHELL:  Object to the form.
5    A   Yes.
6 BY MS. FERNANDEZ:
7    Q   What records do you have to support
8 your allegation that you received approximately
9 70 calls from CPA to your cell phone number?
10    A   I have the screenshots that we
11 previously discussed in Exhibit 3 and I have a
12 Sprint call log and I have CPA admissions.
13    Q   When you say "CPA admissions," what
14 are you referring to?
15    A   I'm referring to a call log that was
16 sent by CPA.
17    Q   Just the call log?
18    A   The call log.
19    Q   Actually I'm going to refer you to
20 what I think you're talking about.
21    A   Okay.
22        MS. FERNANDEZ:  Madam Court Reporter,
23    if you can obtain, this is a single sheet,
24    that looks like a PDF of an Excel
25    spreadsheet.  And on the top you'll see it

Page 39

1    says record key, add date, call campaign.
2        (Exhibit 4 marked for identification.)
3 BY MS. FERNANDEZ:
4    Q   Ms. McBeth, the call log that you're
5 referring to that you received from CPA, is that
6 what is marked as Defendant's Exhibit 4?
7    A   Yes.
8    Q   Does that call log show approximately
9 70 calls as you allege to your cell phone?
10    A   No.
11    Q   What records besides your screenshots
12 and Defendant's CPA call log do you have to
13 support your allegation that you have received
14 approximately 70 calls from CPA to your
15 telephone number?
16    A   A Sprint call log.
17    Q   When you say the "Sprint call log," do
18 you mean the phone records that Sprint produced
19 to you and to me regarding your cell phone
20 number?
21    A   Correct.
22        MS. FERNANDEZ:  Madam Court Reporter,
23    I'm going to have you, please, mark as
24    Defendant's Exhibit 5, you will see it is
25    probably the thickest stack of documents

Page 40

1    that's clipped there and it starts with a
2    page that says Sprint on it.
3        (Exhibit 5 marked for identification.)
4 BY MS. FERNANDEZ:
5    Q   Ms. McBeth, what has been marked as
6 Defense Exhibit 5, are those the Spring call
7 logs that you've been referring to?
8    A   Yes.
9    Q   So let's go to page 18 of 97, please.
10 Let me know when you're there.
11    A   Okay.
12    Q   If you go all the way down -- well,
13 actually before I go there, do you see at the
14 top of page 18 of 97, do you see how it says
15 call records for PTN 813-716-6732?
16    A   Yes.
17    Q   Is that your telephone number?
18    A   Yes.
19    Q   Is that a wireless cell phone number?
20    A   Yes.
21    Q   How long have you had that phone
22 number for?
23    A   Many years.
24    Q   Would you say more than five years?
25    A   Yes.

Page 41

1    Q   More than ten years?
2    A   The reason I hesitate in answering
3 that is that the telephone number that I'm using
4 now has been in our family now for more than
5 20 years.
6        My mom's husband when he passed away
7 is when I took over this number.  And that's
8 been -- well, actually I'm not sure -- I may
9 have even been using that number prior to his
10 passing away.
11        I know for sure I have been using this
12 number myself for at least five years.  I'm
13 pretty certain of that.  Prior to that, the
14 number was used by other members of our family.
15    Q   When did the account for this cell
16 number ending in 6732, when did it go under your
17 name?
18    A   I'm going to say about five years ago.
19    Q   And is your name the only name on the
20 account?
21    A   Yes.
22    Q   For the cell phone number?
23    A   Yes.
24    Q   Do you currently have a residential
25 telephone number?

1    A   No.
2    Q   Did you have a residential telephone
3 number in 2013?
4    A   No.
5    Q   Did you have a residential telephone
6 number in 2014?
7    A   No.
8    Q   The number ending in 6732, was that
9 the only telephone number you had in the years
10 of 2013 and 2014?
11   A   Yes.
12   Q   During 2013 and 2014, if someone were
13 to ask you what your telephone number was, what
14 number would you provide?
15       MR. MITCHELL:  I'm going to object to
16 the form, but go ahead.
17   A   813-716-6732.
18 BY MS. FERNANDEZ:
19   Q   During the years of 2013 and 2014, if
20 you were asked what number somebody could reach
21 you at, what number would you provide?
22       MR. MITCHELL:  Object to the form.
23   A   813-716-6732.
24 BY MS. FERNANDEZ:
25   Q   So I'm going to refer you back to page

1 18 of 97 of Defendant's Exhibit 5.  If you go
2 all the way to the bottom, the last entry which
3 shows a calling number as 888-745-3191, do you
4 recognize that number?
5    A   Yes.
6    Q   What number is that?
7    A   It belongs to CPA.
8    Q   And what date does that call show as a
9 call in your call log?  What's the date of that?
10   A   August 19th of 2013.
11   Q   Now, the number shows -- strike that.
12 The entry shows routed call.  Do you know what
13 that means?
14       MR. MITCHELL:  Object to the form.
15   A   Not exactly.
16 BY MS. FERNANDEZ:
17   Q   Was your cell phone being routed to
18 other numbers on that date of August 19, 2013?
19       MR. MITCHELL:  Object to the form.
20   A   You mean, like, did I transfer my
21 number to ring to a different number?
22 BY MS. FERNANDEZ:
23   Q   That's correct.
24   A   No.
25   Q   During 2013 and 2014, were you ever

1 having calls transferred from your cell phone
2 number to another number?
3    A   No.
4    Q   So let's go back to page 18, that last
5 entry where you testified that that number
6 ending in 3191 is a CPA number and that's how
7 you recognize it.
8        The date of that call is August 19,
9 2013.  Defendant's call log shows a call to the
10 number 6732 also on August 19, 2013; is that
11 correct?
12   A   That's correct.
13   Q   So that would be one call?  Those
14 records show that you received one call on
15 August 19, 2013; is that correct?
16       MR. MITCHELL:  Object to the form.
17   A   Which records?
18 BY MS. FERNANDEZ:
19   Q   Both records.  What's been marked as
20 Defendant's Exhibit 4, which is Defendant's call
21 log and what's been marked as Defendant's
22 Exhibit 5, which are your phone records both
23 show that there was a call to the telephone
24 number ending in 6732 from telephone number
25 ending in 3191 on August 19, 2013, correct?

1    A   Correct.
2    Q   I would like you to turn now to page
3 40 of 97 of your telephone records from Sprint.
4    A   Okay.
5    Q   If you go about I guess two-thirds
6 down on the page, on the left hand side, you'll
7 see calling number ending in 3191.
8        Do you see that?
9    A   Yes.
10   Q   And that call occurred on October 16,
11 2013; is that correct?
12   A   Yes.
13   Q   If you now refer to Defendant's
14 Exhibit 4, which is Defendant's call records, do
15 you also see a call on October 16, 2013?
16   A   Yes.
17   Q   So do you agree that you received one
18 call on October 16, 2013 from telephone number
19 3191?
20       MR. MITCHELL:  Object to the form.
21   A   No, I do not agree.
22 BY MS. FERNANDEZ:
23   Q   Why do you not agree?
24   A   Because the times are different.
25   Q   How are the times different?

12 (Pages 42 - 45)

1    A    The first call on the 16th of October
2 of 2013 is 16:41:18, the second call is 16:41:32
3 and the third call is 16:41:33.
4    Q    So you believe that the three entries
5 in your Sprint records show three separate
6 calls?
7    A    I do.
8    Q    And what is your basis for that?
9    A    Because the times are different.
10    Q    Different to what?  Different to the
11 defendant's call logs?
12    A    They don't exactly match one another.
13    Q    Are you saying that the ones on the
14 Sprint records don't match up to each other or
15 the Sprint records don't match up to Defendant's
16 call logs?
17    A    The times do not match on the Sprint
18 call log, nor do they match with CPA's call log.
19    Q    So is it your testimony that you
20 received a call on October 16, 2013 at 3:39 p.m.
21 as reflected in Defendant's call records and
22 then at 3:41 three different times as reflected
23 in the Sprint records?
24    A    The way that I interpret these two
25 call logs is that on October 16th of 2013,

1 referring to CPA's call log, the time is
2 3:39 p.m., which is I believe Central Standard
3 Time and when that's converted to Eastern
4 Standard Time, it would be 4:39 p.m., Eastern
5 Standard Time.
6        There is nothing on my Sprint call log
7 to reflect a time of 4:39 p.m., Eastern Standard
8 Time, rather there are three additional calls
9 with the times reflected as I stated earlier.
10    Q    So you're saying that you did not
11 receive a call at 3:39 p.m. on October 16, 2013?
12    A    I'm saying that I received a call --
13    Q    I'm sorry?
14    A    Go ahead.
15    Q    I said, so your testimony is that you
16 did not receive a telephone call on October 16,
17 2013 from CPA at 3:39 p.m.?
18    A    My testimony is that I received a
19 phone call from CPA on the 16th of October of
20 2013 at 3:39 p.m. as reflected in their log,
21 which is Central Standard Time and would be 4:39
22 Eastern Standard Time in our time zone.
23    Q    So if that's your testimony, why is
24 the 3:39 call not reflected in your Sprint
25 records?

1    A    Because just as there are inaccuracies
2 in CPA's call log, there are equally
3 inaccuracies in Sprint's call log.
4    Q    So your Sprint records are inaccurate?
5 Is that your testimony?
6        MR. MITCHELL:  Object to the form.
7    A    My Sprint records are not inaccurate,
8 rather they are incomplete as are your client's
9 call logs.
10 BY MS. FERNANDEZ:
11    Q    What telephone number is the one
12 that's under the call that we were talking
13 about?  It's also on October 16th.  The phone
14 number is 813-638-5511.
15        Do you see that number?
16    A    Yes.
17    Q    Do you recognize that telephone
18 number?
19    A    I do not.
20    Q    Do you remember receiving six
21 back-to-back calls from that number on
22 October 16th?
23        If I interpret the records the way
24 you're interpreting them, that would mean that
25 you received six calls back-to-back on

1 October 16th from that number ending in 5511.
2    A    I don't recall.
3    Q    I'm going to refer you now to page 41.
4 Do you see the next call from telephone number
5 3191 on October 17, 2013?
6    A    Is that October 17, 2013?
7    Q    Correct.
8    A    Yes.
9    Q    Do you see Defendant's call logs
10 showing a call of October 17, 2013?
11    A    Yes.
12    Q    Do you agree that you received one
13 call on October 17, 2013 from CPA to your
14 telephone number?
15        MR. MITCHELL:  Object to the form.
16    Barbara, can she mark with a highlighter?
17    It's hard for her to follow along those
18    lines.
19        MS. FERNANDEZ:  Sure.
20    A    I received three calls from CPA on
21 10/17/2013.  One call was at 7:13 p.m., Central
22 Standard Time, 8:13 p.m., Eastern Standard Time
23 as reflected in the CPA log and two calls
24 reflected in the Sprint call log at 20:15:01 and
25 20:15:02, respectively.

13 (Pages 46 - 49)

1 BY MS. FERNANDEZ:
2    Q    So if I understand you correctly, it's
3 your testimony that you got a call that shows up
4 on the Defendant's call log, but doesn't show on
5 your Sprint records and then you're getting
6 calls that show up on your Sprint records that
7 don't show up on Defendant's call log?
8    A    Correct.
9    Q    Is that your testimony?
10   A    Correct.
11   Q    So what your testimony is, is that
12 your Sprint records are inaccurate and
13 incomplete, correct?
14   A    No.  That's not correct.  My Sprint
15 call log is incomplete.
16   Q    So you're relying on records that are
17 incomplete, correct?
18   A    Yes.
19       MR. MITCHELL:  Object to the form on
20    that last question.
21 BY MS. FERNANDEZ:
22   Q    And on what knowledge are you basing
23 your interpretation of these call logs?
24       MR. MITCHELL:  Object to the form.
25   A    Could you rephrase the question,

1 please?
2 BY MS. FERNANDEZ:
3    Q    On what knowledge are you basing your
4 interpretation of these call logs?
5        MR. MITCHELL:  Object to the form.
6    A    Could you rephrase the question,
7 please, rather than just repeating it?
8 BY MS. FERNANDEZ:
9    Q    Sure.  On what expertise are you
10 basing your interpretation of the Sprint call
11 logs and Defendant's call logs?
12       MR. MITCHELL:  Object to the form.
13   A    I'm not relying on any expert input.
14 BY MS. FERNANDEZ:
15   Q    On what personal knowledge are you
16 basing your interpretation of Sprint's call logs
17 and Defendant's call logs?
18       MR. MITCHELL:  Object to the form.
19   A    It's just clear to me that the times
20 notated on both of these call logs are different
21 times.
22 BY MS. FERNANDEZ:
23   Q    Okay.  Let's keep going.  On October
24 18, 2013, do you see on page 41 of 97 telephone
25 number ending in 3191?  Do you see that call?

1    A    Yes.
2    Q    And you see that on Defendant's call
3 log, there's a call of October 18, 2013 to your
4 telephone number?  Do you see that?
5    A    Yes.
6    Q    Do you agree that you received one
7 phone call to your telephone number on
8 October 18, 2013?
9        MR. MITCHELL:  Object to the form.
10   A    No.
11 BY MS. FERNANDEZ:
12   Q    Do you see the telephone number
13 underneath that call ending in 9390?
14   A    Yes.
15   Q    Do you recognize that telephone
16 number?
17   A    No.
18   Q    Do you remember receiving on October
19 19, 2013 nine different calls from that number
20 back-to-back at 8:11, at 9:38, at 10:30?
21   A    No.
22   Q    Do you remember receiving nine calls?
23   A    No.
24   Q    And do you understand those entries to
25 show nine separate calls to your telephone

1 number?
2    A    Would you repeat the question, please?
3    Q    Yes.  Do you understand the nine --
4 according to your interpretation -- strike that.
5 According to your interpretation of these phone
6 records, the Sprint records, do you understand
7 the nine last entries to reflect nine separate
8 calls to your telephone number on October 19,
9 2013?
10   A    I don't recall having received nine
11 telephone calls from telephone number ending in
12 9390.
13   Q    That wasn't my question.  According to
14 your interpretation of the phone records, do you
15 testify that you received nine different calls
16 from that telephone number on August 19, 2013?
17   A    I would call this six telephone calls
18 rather than nine.
19   Q    And why is that?
20   A    Because where it says undetermined, I
21 wouldn't be certain that I could consider that a
22 call.
23   Q    If we go back to October 18, 2013, the
24 three entries for telephone number 3191.  Would
25 you say that the one that says undetermined was

Page 54

1 not a call?
2    A    For what date?  10/17?
3    Q    10/18.
4    A    Yes.  I would consider that that is
5 not a call for two reasons.  One, because it
6 says undetermined and also it's an exact match
7 for time right down to the second.
8    Q    And, in fact, wouldn't that be the
9 case for the two entries under that?
10    A    Yes.
11    Q    Doesn't those three show that all of
12 the calls starting at the exact -- not all of
13 the calls -- strike that.
14          Doesn't the three entries on
15 October 18, 2013 show three entries that start
16 at the exact same time?
17    A    Yes.  It does show that they started
18 at the same time, but it also shows that they
19 ended at different times.
20    Q    So are you saying you received two
21 calls at the exact same time to your telephone
22 number?
23    A    Yes.
24    Q    Yes, your cell phone received two
25 calls simultaneously at the same time, at the

Page 55

1 same exact time from a telephone number?
2    A    Yes.  And the reason that I say that,
3 and I'm going to go based on my recollection of
4 the instructions in the Sprint packet when I
5 received my call logs, one of the notations for
6 an incoming call from CPA's number ending in
7 3191, it indicates to me, if my memory serves me
8 correctly, that the 813 with the parenthesis is
9 an incoming call and the one with the
10 parenthesis with a double one in front of it
11 indicates that a message was left.
12    Q    So wouldn't that be one call?
13    A    It could be argued that it was one
14 call.
15    Q    And what instructions are you
16 referring to?  Would that be the key to
17 understanding call detail reports at the
18 beginning of the packet that's attached as
19 Defendant's Exhibit 5?
20    A    Yes.
21    Q    So now having gone through that
22 exercise, how many calls do you understand to
23 have received according to your interpretation
24 of your phone records on October 17, 2013 given
25 that one entry shows undetermined and the two

Page 56

1 others have the exact start time?
2          MR. MITCHELL:  Object to the form.
3    A    I believe that my count on the calls
4 that I alleged in my complaints are accurate.
5 BY MS. FERNANDEZ:
6    Q    In which complaint, Ms. McBeth?
7 There's five complaints at this point.
8    A    All of them.
9    Q    Each one of them have different
10 allegations.  You started off with 20 calls.
11 Your last complaint now says 70 calls.
12          MR. MITCHELL:  Object to the form.
13 BY MS. FERNANDEZ:
14    Q    So I'd like to know which complaint
15 you're referring to or just answer my question
16 as to what you understand October 17, 2013 to
17 show?
18          MR. MITCHELL:  Object to the form if
19    there is a question.
20 BY MS. FERNANDEZ:
21    Q    I'll state it again.  Under your
22 interpretation and your understanding of your
23 phone records, how many calls did you receive on
24 October 17, 2013 given that one entry says
25 undetermined and the other two have exact start

Page 57

1 dates and start times?
2          MR. MITCHELL:  Object to the form.
3    A    Two.
4 BY MS. FERNANDEZ:
5    Q    You received two calls on that day?
6 Did you say yes or no?  I'm sorry.
7    A    I haven't answered yet.  There were
8 three calls on that date.
9    Q    Based on what?  What are you basing
10 that on?
11    A    From the CPA call log date October 17,
12 2013, the call was placed at 7:13 p.m., Central
13 Standard Time and 8:13 p.m., Eastern Standard
14 Time.  And from the Sprint call log, calls were
15 placed at 8:15:01 and 8:15:02.
16    Q    Wasn't your testimony earlier that if
17 it shows undetermined, that you don't believe
18 that's a call?
19    A    It is true that when I see an
20 undetermined next to a call that I don't believe
21 that it is one to be counted and my account
22 reflects that.
23    Q    Okay.  Let's move to page 43.  Do you
24 see about halfway down a call from telephone
25 number ending in 3191?

15 (Pages 54 - 57)

Page 58

1    A    Yes.
2    Q    Do you understand that to be that you
3 received one call on October 22, 2013 from
4 telephone number 3191?
5        MR. MITCHELL:  Object to the form.
6    A    I understand that to be two calls.
7 BY MS. FERNANDEZ:
8    Q    And is that based on the Defendant's
9 call logs and the Sprint call logs?
10   A    Are we talking about 10/22?
11   Q    Yes.
12   A    Okay.
13   Q    Your answer was yes?
14   A    No, I didn't answer yet.  I would
15 count this as two calls.
16   Q    Thank you, Ms. McBeth.  Let's go to
17 page 44.  All the way at the bottom, you will
18 see three entries for telephone number 3191 on
19 October 25, 2013.
20       How many telephone calls did you
21 receive on October 25th from telephone number
22 3191 according to your interpretation of the
23 records?
24       MR. MITCHELL:  Object to the form.
25   A    Three calls.

Page 59

1 BY MS. FERNANDEZ:
2    Q    Why is that?
3    A    One from the CPA call log at
4 7:31 p.m., Central Standard Time, 8:31 p.m.,
5 Central Standard Time and from the Sprint call
6 log at 20:33:14 and 20:33:15.
7    Q    Is it not correct that the 20:33:15
8 call says undetermined?
9    A    It does say undetermined.
10   Q    But you're still counting it as a
11 telephone call even though your prior testimony
12 was that undetermined was not a call?
13   A    I would count just as I did before the
14 incoming call as well as the message that was
15 left if my recollection is correct about how to
16 read the key, the Sprint key.
17       Just to provide some clarity, some
18 additional clarity, when I did my calculations
19 for how many phone calls, I did take into
20 consideration whether or not it said it was an
21 undetermined call.
22       And it is my belief and testimony at
23 this time that the accuracy of my count is --
24 well, my count is accurate in my belief.
25   Q    Let's keep going.  Please turn to page

Page 60

1 47.  You will see the October 29th entry for
2 telephone number 3191?
3    A    Yes.
4    Q    Is it your testimony that you received
5 one call on October 29, 2013 from telephone
6 number 3191?
7        MR. MITCHELL:  Object to the form.
8    A    I received two calls on October 29,
9 2013, one at 6:46 p.m., Central Standard Time,
10 7:46 p.m., Eastern Standard Time and 19:48:05,
11 which would be 7:48 p.m.
12       THE WITNESS:  Ms. Fernandez, do we
13 have time for a break?
14       MS. FERNANDEZ:  Yes.
15       (Recess taken from 4:27 p.m. to 4:40
16 p.m.)
17   A    Ms. Fernandez, if I may, I'd like to
18 point out an example of clarity for this whole
19 thing about the count.
20 BY MS. FERNANDEZ:
21   Q    Let me ask a question and then you'll
22 clarify unless you're trying to clarify an
23 answer that you gave before?
24   A    No.  I'm trying to add more clarity to
25 the whole picture, the whole thing.

Page 61

1    Q    Let me ask my question and then you
2 can give your clarification.  So I think we left
3 off on October 29th.
4        So let's look at October 30, 2013,
5 which is also on page 47 of 97 in the Sprint
6 phone records.
7    A    My example will come from the
8 October 29th time frame.  So if we could cover
9 it here, I think it might have more continuity.
10   Q    On October 29, 2013 you testified that
11 you understood there were two calls to your cell
12 phone from the number 3191.  Is that not your
13 testimony?
14   A    Yes.  It is my testimony that there
15 were two calls.  And what I wanted to point out,
16 if you could go to two of the screenshots, one
17 labeled Exhibit F and the other G.
18   Q    Give me a second.  F and G?  Is that
19 what you said?
20   A    Yes.
21   Q    Where are you referring to, F and G?
22       MR. MITCHELL:  I think these
23 screenshots, Barbara, are referred in a lot
24 of different places with a lot of different
25 numbers at the bottom.

Page 62

1      MS. FERNANDEZ:  Right.  Well, she can
2  go with what I used, which is Defendant's
3  Exhibit 3 and that way, there's continuity.
4      MR. MITCHELL:  Defendant's Exhibit 3?
5  Oh, what you marked already.
6    A   I'm sorry, what's marked here as
7  Exhibit A, Number 6 and Exhibit A, Number 7.
8  BY MS. FERNANDEZ:
9    Q   Okay.
10    A   And this is just for example.  This
11  didn't happen just one time.  It happened more
12  than once.
13        You can see here that the screenshots
14  are reflective of times in Eastern Standard
15  Time.  One that came in at 7:46 p.m. on Tuesday,
16  the 29th of October and the other one at
17  8:28 p.m. on the 29th of October.
18        And then if you look at the call log
19  from CPA, the same.  It would be 7:46 p.m.,
20  Eastern Standard Time.
21    Q   Right.
22    A   So two calls.
23    Q   You're saying two calls on
24  October 29th?
25    A   Yes.  So my point is in pointing this

Page 63

1  out is that this clearly shows that there's an
2  inaccuracy in CPA's records.
3    Q   Well, what it shows to me is that
4  there's an inaccuracy in the Sprint records,
5  because the Sprint records show one call at
6  7:48.
7    A   Correct.  So the point I'm trying to
8  make is that there are inaccuracies in each and
9  every one of these call logs, not -- yes.
10      MR. MITCHELL:  I'm going to object to
11    the form of the last question and answer.
12    Go ahead.
13  BY MS. FERNANDEZ:
14    Q   Let's move on.  October 30, 2013, I
15  think there's three entries showing a call from
16  telephone number 3191.
17        I think we might have covered
18  October 30th already, but can you tell me how
19  many calls you believe you received on
20  October 30, 2013 from telephone number 3191?
21    A   Three.
22    Q   And moving on to page 50 of your phone
23  records.  Can you tell me how many telephone
24  calls you believe you received from telephone
25  number ending in 3191 on November 6, 2013?

Page 64

1    A   Are you asking just for the Sprint
2  call log or for the one between Sprint and CPA?
3    Q   No.  I mean on that day.  How many
4  calls do you believe you received on November 6,
5  2013?
6    A   Two.
7    Q   And how many calls do you believe you
8  received on November 7, 2013 from telephone
9  number 3191?
10    A   Three.
11    Q   And is that because you read on the
12  Sprint phone records two separate calls?
13    A   Yes.  Let me check one other thing.
14  That's correct, two.
15    Q   If the two entries on the Sprint call
16  log start a second apart and end at the same
17  time, how is it that you interpret that to be
18  two separate calls?
19    A   Well, what I'd like to say about this
20  is that it's been a very long time since I've
21  looked at these call logs.
22        And when I was preparing my complaint
23  and doing my count, I was in a much better
24  position to have a recollection of specifically
25  how I counted what I counted.

Page 65

1        In addition to that, it's just
2  occurred to me that I haven't been referencing
3  all of my screenshots along with the call log
4  from CPA as well as the Sprint call log.
5        So there may be some inaccuracies with
6  regard to my testimony with respect to how many
7  phone calls on a given date, because up until
8  this -- up until the review of the calls for
9  November 7th of 2013, I haven't been taking into
10  consideration what's reflected in my
11  screenshots.  My testimony is that I received
12  according to my count and I consider it to be
13  accurate 76 calls.
14    Q   Let's keep going.  On November 8th,
15  which I believe is on page 51, how many calls do
16  you believe you received from telephone number
17  3191?
18    A   The date again is November 9th?
19    Q   No.  November 8th, which is on page
20  51.
21    A   Two.
22    Q   Okay.  Let's continue.  How about on
23  November 11th, how many calls do you believe you
24  received from telephone number 3191 on November
25  11th?

17 (Pages 62 - 65)

Page 66

1    A   What's the date again for what I'm
2  looking for?
3    Q   November 11th.
4    A   Two.
5    Q   How many calls do you believe you
6  received on November 12th from telephone number
7  3191?
8    A   Three.
9    Q   How many calls do you believe, Ms.
10  McBeth, that you received on -- strike that.
11  How many calls did you receive on November 13,
12  2013 from telephone number ending in 3191?
13    A   Two.
14    Q   How many calls did you receive on your
15  telephone number on November 13, 2013 from
16  telephone number ending in 3191?
17    A   On November 13th?
18    Q   No. We already did November 13th. On
19  November 14th.
20    MR. MITCHELL: Hey, Barbara, when we
21  get done with this question, I've got to
22  touch base with the office since we're
23  already at 5:00.
24    Can you give me a minute to call over
25  there after we get done with this question?

Page 67

1    MS. FERNANDEZ: Yes.
2    A   Two.
3  BY MS. FERNANDEZ:
4    Q   Did you answer?
5    A   I did. Two.
6    Q   Two?
7    A   Yes.
8    MS. FERNANDEZ: So do you want to take
9  a break now, David?
10    MR. MITCHELL: Yes.
11    (Recess taken from 5:01 p.m. to 5:08
12  p.m.)
13    MS. FERNANDEZ: Back on the record.
14  BY MS. FERNANDEZ:
15    Q   I'm going to refer you now to page 54
16  of the Sprint records. How many telephone calls
17  did you receive on November 15, 2013 from
18  telephone number ending in 3191?
19    A   I don't recall exactly how many on
20  that date, but I've already testified that I
21  believe my count to be accurate as to the number
22  of calls.
23    Q   So you don't know how many you
24  received on November 15th?
25    A   Like I said before, I've already

Page 68

1  answered this before. At the time that I made
2  the compilation of my calls, I was in a position
3  to have things more fresh in my mind and that
4  sort of thing, and whether I received two calls
5  on one day or one call on another day, to me it
6  really doesn't make any difference. It doesn't
7  seem to me to be relevant to be specific about
8  an exact date.
9    What does seem to make sense to me is
10  that if you go through all of the call logs that
11  we have and you count them up and everybody goes
12  by the same rules of accounting, that we should
13  arrive at 76 calls.
14    And I'm not trying to be awkward, but
15  this just seems to be very redundant and
16  unnecessary.
17    Q   Ms. McBeth, it's actually very
18  necessary, because you're alleging violations of
19  the TCPA per call. So every call counts. And
20  every time you filed a complaint, the number has
21  changed. So it's very relevant.
22    MR. MITCHELL: Object to form.
23  BY MS. FERNANDEZ:
24    Q   So I'm going to continue asking and
25  you can answer my question how ever you wish is

Page 69

1  accurate and how ever you wish to answer, but
2  I'm going to continue to ask.
3    So I think you said you didn't know to
4  November 15th. So on November 18th --
5    A   No. I didn't say I didn't know.
6    Q   Okay. So what is your answer? How
7  many calls --
8    A   Just a minute and I'll go through
9  everything again. Two.
10    Q   How many calls did you receive from
11  telephone number ending in 3191 on November 18,
12  2013?
13    MR. MITCHELL: Object to the form.
14    A   Three.
15  BY MS. FERNANDEZ:
16    Q   How many telephone calls did you
17  receive from telephone number 3191 on November
18  19, 2013?
19    MR. MITCHELL: Object to the form.
20    MS. FERNANDEZ: What's wrong with the
21  form, David?
22    MR. MITCHELL: She's already testified
23  repeatedly that she doesn't -- she can't
24  tell you specifically -- I don't want to
25  testify for her, but we can hash this --

18 (Pages 66 - 69)

Page 70

1     MS. FERNANDEZ: I'm just asking what's
2 wrong with the form?
3     MR. MITCHELL: Because she's already
4 testified to this. I don't want to tarnish
5 the testimony on the record. We can talk
6 about it afterwards.
7     I understand what you're asking me,
8 but without doing what I'm trying not to
9 do, it's hard for me to address the form.
10 That's the best I can tell you.
11     A   I've already testified, that my count
12 is 76 calls and that's my belief, that I
13 received 76 calls from your client.
14     I just think that it's been answered.
15 I think I've answered you sufficiently. I think
16 I've answered your question sufficiently.
17 BY MS. FERNANDEZ:
18     Q   Can you tell me how many calls you
19 received on November 19, 2013 from telephone
20 number 3191?
21     MR. MITCHELL: Barbara, is this the
22 same date in question as the last one or
23 are we talking about something different?
24 I'm sorry, I've lost track.
25     MS. FERNANDEZ: The same date.

Page 71

1     MR. MITCHELL: The same objection.
2     A   At least two.
3 BY MS. FERNANDEZ:
4     Q   We can move on to page 58 of the
5 Sprint phone records. Can you tell me how many
6 telephone calls you received from telephone
7 number 3191 on November 21, 2013?
8     MR. MITCHELL: The same objection.
9     A   I received 76 calls according to my
10 records from CPA.
11 BY MS. FERNANDEZ:
12     Q   Can you tell me how many calls you
13 received on November 21, 2013?
14     MR. MITCHELL: The same objection.
15     A   At least two.
16 BY MS. FERNANDEZ:
17     Q   Can you point me to any records that
18 would show that there were more than two on
19 November 21, 2013?
20     A   From CPA's call log, there was a call
21 on the 21st of November of 2013 at 3:23 p.m.,
22 Central Standard Time, 4:23 p.m., Eastern
23 Standard Time, 4:25:53 p.m., Eastern Standard
24 Time from the Sprint call log and from a
25 screenshot, 4:25 p.m.

Page 72

1     Q   How many telephone calls did you
2 receive on November 22nd to your telephone
3 number from telephone number ending in 3191?
4     A   Two.
5     Q   How many telephone calls did you
6 receive on November 23, 2013 from telephone
7 number ending in 3191?
8     A   Two.
9     Q   How many calls did you receive from
10 telephone number 3191 on November 25th?
11     A   Two.
12     Q   How many telephone calls did you
13 receive from telephone number ending in 3191 on
14 November 26, 2013?
15     A   Three.
16     Q   Ms. McBeth, do you remember ever
17 having an account with Bright House Networks?
18     A   Yes.
19     Q   What was the account for?
20     A   For Internet -- for Internet services.
21     Q   Did you ever have a debt with Bright
22 House Networks?
23     A   No, not to my knowledge.
24     Q   When you opened the account with
25 Bright House Networks, did you provide them with

Page 73

1 your telephone number ending in 6732?
2     A   I don't recall what number I gave
3 them.
4     Q   Besides leaving telephone messages on
5 your cellular telephone, what else did CPA do?
6     MR. MITCHELL: Object to the form.
7 BY MS. FERNANDEZ:
8     Q   I'll ask it again. What did CPA do
9 aside from leaving messages on your cell phone
10 that supports your claims against CPA?
11     A   They called repeatedly after I told
12 them they had the wrong number and not to call
13 again.
14     Q   Anything else?
15     A   They left prerecorded voicemail
16 messages in my voice mailbox.
17     Q   Anything else?
18     A   They just called repeatedly after I
19 informed them that they had the wrong number on
20 more than one occasion.
21     MR. MITCHELL: And I'm going to object
22 to the form of that question.
23 BY MS. FERNANDEZ:
24     Q   Do you remember who you spoke to at
25 CPA when you told them to stop calling you?

19 (Pages 70 - 73)

1    A   No.
2    Q   About how many phone calls do you
3  recall answering from CPA?
4    A   I'm not really sure, but I would say a
5  few.
6    Q   More than two?
7    A   Yes.
8    Q   More than five?
9    A   Probably not more than five, no.
10   Q   You allege in your complaint that CPA
11 called you on your cell phone using an automatic
12 telephone dialing system; is that correct?
13   A   Yes.
14   Q   What is an automatic telephone dialing
15 system?
16      MR. MITCHELL:  Object to the form.
17   A   An automatic telephone dialing system
18 is a system whereby the calls are automatically
19 dialed.
20 BY MS. FERNANDEZ:
21   Q   And why is it that you believe that
22 CPA called you using an automatic telephone
23 dialing system?
24      MR. MITCHELL:  Object to the form.
25   A   Some of the calls that I answered from

1  CPA resulted in there being no one there.
2  BY MS. FERNANDEZ:
3    Q   Do you mean that the call dropped?
4    A   No.  What I mean is that I would say
5  hello and there would be no response from the
6  other end.
7    Q   Would eventually someone come on the
8  other line?
9    A   No.
10   Q   Did you receive calls from CPA to any
11 other telephone number besides the one ending in
12 6732?
13   A   No.
14   Q   Does your cell phone ending in 6732,
15 did it have the capability to transfer calls to
16 another number?
17   A   To transfer calls to another number?
18   Q   I'll repeat it.  Did your cell phone
19 number which ended in 6732 have the capability
20 to transfer calls to another number?
21   A   I don't know.  It's not a function
22 that I use on my cell phone.  So I don't know.
23 I'm not in the habit of transferring my phone
24 number to ring into a different telephone number
25 if I'm understanding your question correctly.

1    Q   Yes.  That's my question.  What
2  damages are you seeking as a result of the
3  alleged conduct of CPA?
4      MR. MITCHELL:  Object to the form.
5    A   I'm seeking damages from CPA as they
6  are described in my fifth amended complaint,
7  full statutory damages.
8  BY MS. FERNANDEZ:
9    Q   Any other damages that you are seeking
10 --
11      MR. MITCHELL:  Object to form.
12 BY MS. FERNANDEZ:
13   Q   -- as a result of the alleged --
14 strike that.  Any other damages that you're
15 seeking as a result of the allegations in the
16 complaint against CPA?
17      MR. MITCHELL:  Object to the form.
18   A   May I see the fifth amended complaint?
19 Statutory damages, actual damages, punitive
20 damages, as well as an injunction from similar
21 conduct in the future, attorney fees, costs and
22 interest.
23 BY MS. FERNANDEZ:
24   Q   You testified actual damages.  What
25 are your actual damages?

1      MR. MITCHELL:  Object to form.
2    A   Harassment by your client repeatedly
3  calling my telephone number on multiple
4  occasions after they were informed numerous
5  times that they had reached the wrong number and
6  not to call my telephone number again.
7  BY MS. FERNANDEZ:
8    Q   Any other damages?  Any other actual
9  damages that you're seeking as a result of the
10 allegations in the complaint against CPA?
11      MR. MITCHELL:  Object to the form.
12   A   Not that I can recall right now.
13 BY MS. FERNANDEZ:
14   Q   Were you injured as a result of the
15 calls placed by CPA to you?
16      MR. MITCHELL:  Object to the form.
17   A   It depends on what you describe as an
18 injury.  I think it's an injury when you get
19 repeated telephone calls when the person or the
20 people from whom you're receiving the telephone
21 calls have been told that they've reached the
22 wrong number and not to call again, you know,
23 damages, yes.
24      It's an interruption in your day, it's
25 an interruption with whatever you're doing.

Page 78

1 Even if you don't answer the phone, you have to
2 look to see who is calling.  So, yes, I would
3 consider that to be injury, harassment.
4     Q    Did you seek medical treatment as a
5 result of --
6     A    No.
7     Q    -- the calls?
8     A    No.
9     Q    I'm sorry?
10    A    No, I did not.
11    Q    Let me ask the question because we
12 kind of spoke over each other.
13    A    I'm sorry.
14    Q    I'll start again.  Did you seek any
15 medical treatment as a result of the telephone
16 calls that you allege you received from CPA?
17    A    No.
18    Q    Now, you testified earlier that you
19 sent a letter to CPA requesting that CPA stop
20 calling you; is that correct?
21    A    No.
22    Q    Okay.  Did you send a letter to CPA
23 requesting CPA to stop calling you?
24    A    No.
25    Q    Did you send any written communication

Page 79

1 to CPA requesting that CPA stop calling you?
2     A    No.
3     Q    So is it my understanding that the
4 only form of communication which you allege you
5 told CPA to stop calling was through a verbal
6 communication by phone?
7     A    Correct.
8     Q    When did you know that the calls that
9 you were receiving were from CPA?
10    A    Do you have a copy of the affidavit?
11 Credit Protection Association was in the
12 voicemail recording.  So for sure I knew the
13 name of the company when I listened to the first
14 recorded message.
15    Q    And when was the first recorded
16 message that you listened to?
17    A    I'm not really sure of the date.  I'm
18 not really sure of the date when I heard the
19 first message.  It would have been sometime I
20 believe in March, April, May of 2013.
21    Q    We're almost done, Ms. McBeth.  I'm
22 just going to review my notes.  After March --
23 strike that.
24        After March of 2013 when you heard the
25 voice message with the name of Credit Protection

Page 80

1 Association, did you know that the number ending
2 in 3191 belonged to CPA?
3     A    When I first began receiving the
4 calls?
5     Q    Yes.  Around March of 2013.
6     A    No.
7     Q    Around what date did you know that the
8 number ending in 3191 was CPA's telephone
9 number?
10    A    Well, it would have been when the
11 first message was left.  I'm sure that when they
12 called, I wasn't aware of who was CPA when I
13 would answer the call, but it would have been
14 the first time that they left a recorded
15 message.  And I believe that the first time they
16 would have done that would have been in the
17 March, April, May time frame.  I just don't
18 recall.
19    Q    So thereafter when you saw messages --
20 strike that.  Thereafter when you saw calls
21 coming in from the number ending 3191, you knew
22 that it was a call from CPA?
23    A    Say that again.
24    Q    After the month of March, 2013 when
25 you received phone calls from number ending in

Page 81

1 3191, you knew that that number was from CPA?
2        MR. MITCHELL:  Object to the form.
3     A    I already stated that the message left
4 in the March, April, May time frame is when I
5 would have become aware of the number ending in
6 3191 belonged to CPA.
7 BY MS. FERNANDEZ:
8     Q    What caused you to start taking the
9 screenshots of the phone calls coming in from
10 the number ending in 3191?
11    A    When I realized that I might need some
12 evidence before filing a complaint against CPA.
13    Q    How many times do you recall speaking
14 to somebody from CPA and asking them to stop
15 calling you?
16    A    A few times.
17    Q    More than two?
18    A    Yes.
19    Q    More than five?
20    A    No.
21        MS. FERNANDEZ:  I have nothing
22 further.  Thank you, Ms. McBeth.
23        MR. MITCHELL:  I may have a couple,
24 but let me just take a minute here and
25 we'll wrap it up real quick.

21 (Pages 78 - 81)

Page 82

1    MS. FERNANDEZ:  Okay.
2    (Recess taken from 5:48 p.m. to 5:55
3  p.m.)
4  BY MR. MITCHELL:
5    Q  Good afternoon, Ms. McBeth.  You
6  testified previously that you told or you had at
7  least two and less than five conversations or no
8  more than five conversations with a
9  representative of the defendant when they called
10  you on your cell phone, correct?
11    A  Correct.
12    Q  You also testified that you told the
13  Defendant's representative during each of these
14  conversations that they had the wrong number and
15  to stop calling your cell phone, correct?
16    A  Correct.
17    Q  I want to show you what's been marked
18  as Defendant's Exhibit 4 that purports to
19  reflect calls made by the defendant to your cell
20  phone.
21    You've already testified that you
22  believe this document to be incomplete, correct?
23    A  Yes.
24    Q  All right.  Looking at the first entry
25  on there, March 25, 2013.  Do you see that

Page 83

1  entry?
2    A  Yes.
3    Q  Okay.  All the way over there on the
4  right side, it says, left message with live
5  person.
6    Is it your testimony or belief that
7  you spoke with someone on that day?
8    A  Yes.
9    MS. FERNANDEZ:  Objection to the form.
10  David, slow down and I objected and I don't
11  know if you guys are listening.
12    MR. MITCHELL:  I heard your objection.
13  And did you hear the answer?
14    MS. FERNANDEZ:  No.
15    COURT REPORTER:  She said yes.
16  BY MR. MITCHELL:
17    Q  When you spoke to the Defendant's
18  representative on March 25, 2013, did you tell
19  the representative on that date that the
20  representative had reached the wrong phone
21  number, that you were not Tommy Mitchell and to
22  stop calling your cell phone?
23    A  Yes.
24    Q  The defendant call log marked as
25  Exhibit 4 purports to reflect that there were

Page 84

1  four calls that are described as message left
2  with live person.  Do you see those calls?
3    A  Yes.
4    Q  You informed the Defendant's
5  representative during each of the calls during
6  which you spoke to Defendant's representative
7  that they had reached the wrong phone number,
8  that you were not Tommy Mitchell and to stop
9  calling?
10    MS. FERNANDEZ:  Objection to form.
11    A  Yes.
12    MR. MITCHELL:  That's all I have right
13  now.
14    MS. FERNANDEZ:  We're done.  I don't
15  have anything else.  I'm going to order.
16  And if I could get electronic form, the one
17  that's readable.
18    MR. MITCHELL:  We're going to read and
19  we'll take a copy, but we're going to need
20  a version that will have a readable form.
21    (The deposition concluded at 6:00
22  p.m.)
23
24
25

Page 85

1    CERTIFICATE OF OATH
2
3  STATE OF FLORIDA    )
4  COUNTY OF HILLSBOROUGH  )
5    I, MARY ANN BROWNE, Notary Public, State of
6  Florida, certify that JANDA GRACE McBETH,
7  personally appeared before me on February 11,
8  2015 and was duly sworn.
9
10    WITNESS my hand and official seal this
11  February 24, 2015.
12
13
14
15
                    _____
16                    MARY ANN BROWNE
                     Notary Public, State of Florida
17                    MY COMMISSION FF 074984
                     EXPIRES 12/16/17
18
19
20
21
22
23
24
25

22 (Pages 82 - 85)

Page 86

```
 1        CERTIFICATE OF REPORTER
 2
 3  STATE OF FLORIDA      )
 4  COUNTY OF HILLSBOROUGH )
 5
 6      I, MARY ANN BROWNE, Court Reporter, and
 7  Notary Public, do hereby certify that I was
 8  authorized to and did stenographically report
 9  the foregoing deposition of JANDA GRACE McBETH,
10  that a review of the transcript was requested;
11  and that the foregoing transcript, pages 1
12  through 84, is a true record of my stenographic
13  notes.
14
15      I FURTHER CERTIFY that I am not a relative,
16  employee, or attorney, or counsel of any of the
17  parties' attorneys or counsel connected with the
18  action, nor am I financially interested in the
19  action.  DATED:  February 24, 2015 at Tampa,
20  Hillsborough County, Florida.
21
22
23      _____
            MARY ANN BROWNE
24      Notary Public
25
```

Page 88

```
 1  PLEASE ATTACH TO THE DEPOSITION OF:
    JANDA GRACE McBETH
 2
    IN THE CASE OF:  JANDA GRACE McBETH vs CREDIT
 3  PROTECTION ASSOCIATION, LP
 4
          E R R A T A  S H E E T
 5
    INSTRUCTIONS:  Please read the original
 6  transcript of your deposition and make note of
    errors or amendments in transcription on this
 7  page.  DO NOT MARK on the original transcript
    itself.  Please sign and date this sheet.
 8
    PAGE  LINE  CHANGE     REASON
 9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21
    I have read the transcript and except for any
22  corrections or amendments noted above, I hereby
    subscribe to the transcript as an accurate
23  record of the statements made by me.
24
    DATE: _____  AFFIANT: _____
25
```

Page 87

```
 1
    February 24, 2015
 2
 3  David P. Mitchell, Esquire
    Maney & Gordon, P.A.
 4  101 East Kennedy Boulevard
    Suite 3170
 5  Tampa, Florida  33602
    david@mitchellconsumerlaw.com
 6
    Re:  Janda Grace McBeth v. Credit Protection
 7       Association, LP, taken 2/11/15, Deposition
         of Janda Grace McBeth
 8
    Dear Mr. Mitchell:
 9
        The deposition of your client, Janda Grace
10  McBeth, taken on February 11, 2015, in the
    above-styled case, has been transcribed.  For
11  reading and signing, please proceed in
    accordance with the option below that coincides
12  with your transcript copy choice.
13      OPTION 1:  If you have ordered a transcript
    copy, please use the original errata sheet
14  package attached to the end of your transcript
    copy for your client to note any changes/
15  corrections.  When reading is complete, please
    promptly, within 30 days, send a copy of the
16  signed errata package, including
    changes/comments, to opposing counsel of record
17  as listed on the appearance page.
18      OPTION 2:  If you have not ordered a
    transcript copy, please notify your client
19  immediately that a copy of said transcript,
    along with the original errata package, will be
20  made available to your client at one of our
    locations to review and sign and note any
21  corrections/changes.
22  Thank you,
23
    Mary Ann Browne, FPR
24
    cc:  Barbara Fernandez, Esquire
25
```

| & | | | |
| --- | --- | --- | --- |

**&**   1:13 2:2,6 19:5
  87:3

**0**

**00606**   1:3
**074984**   85:17

**1**

**1**   3:9 19:13,17 20:15
  21:22 86:11 87:13
**10/17**   54:2
**10/17/2013**   49:21
**10/18**   54:3
**10/22**   58:10
**100**   1:14
**101**   2:3 87:4
**10:30**   52:20
**11**   1:11 85:7 87:10
**11th**   65:23,25 66:3
**12/16/17**   85:17
**12th**   66:6
**13**   29:19 30:16 31:7
  31:19 36:15,17 37:2
  37:12 38:2 66:11,15
**13th**   66:17,18
**14th**   66:19
**15**   14:12 67:17
**15th**   67:24 69:4
**16**   45:10,15,18 46:20
  47:11,16
**16:41:18**   46:2
**16:41:33**   46:3
**16th**   46:1,25 47:19
  48:13,22 49:1
**17**   49:5,6,10,13 55:24
  56:16,24 57:11
**18**   40:9,14 43:1 44:4
  51:24 52:3,8 53:23
  54:15 69:11
**18th**   69:4
**19**   3:9 43:18 44:8,10
  44:15,25 52:19 53:8
  53:16 69:18 70:19

**1957**   6:14
**19:48:05**   60:10
**19th**   43:10
**1:47**   1:12

**2**

**2**   3:10 6:14 20:25
  21:3,22 25:19,22,25
  26:9,17 87:18
**2/11/15**   87:7
**20**   10:24 11:7 29:7
  41:5 56:10
**2012**   27:13 33:10,10
  33:10
**2013**   22:23,25 23:11
  23:18 33:10,11,13,15
  42:3,10,12,19 43:10
  43:18,25 44:9,10,15
  44:25 45:11,15,18
  46:2,20,25 47:11,17
  47:20 49:5,6,10,13
  51:24 52:3,8,19 53:9
  53:16,23 54:15 55:24
  56:16,24 57:12 58:3
  58:19 60:5,9 61:4,10
  63:14,20,25 64:5,8
  65:9 66:12,15 67:17
  69:12,18 70:19 71:7
  71:13,19,21 72:6,14
  79:20,24 80:5,24
  82:25 83:18
**2014**   29:19 30:16
  31:8,19 36:15,17
  37:3,12 38:2 42:6,10
  42:12,19 43:25
**2015**   1:11 85:8,11
  86:19 87:1,10
**20:15:01**   49:24
**20:15:02**   49:25
**20:33:14**   59:6
**21**   71:7,13,19
**21st**   71:21
**22**   58:3

**22nd**   72:2
**23**   72:6
**24**   29:5 85:11 86:19
  87:1
**25**   3:10 58:19 82:25
  83:18
**2525**   2:7
**25th**   58:21 72:10
**26**   3:10 25:20 72:14
**28**   3:11
**29**   60:5,8 61:10
**29th**   60:1 61:3,8
  62:16,17,24
**2:00**   14:8
**2:01**   14:14

**3**

**3**   3:2,11 21:16 28:24
  28:25 29:2 32:9,16
  34:6 38:11 62:3,4
**30**   7:7,8 61:4 63:14
  63:20 87:15
**30th**   63:18
**31-1**   29:5,6
**31-2**   29:7,13 31:7,19
**3170**   2:3 87:4
**3191**   44:6,25 45:7,19
  49:5 51:25 53:24
  55:7 57:25 58:4,18
  58:22 60:2,6 61:12
  63:16,20,25 64:9
  65:17,24 66:7,12,16
  67:18 69:11,17 70:20
  71:7 72:3,7,10,13
  80:2,8,21 81:1,6,10
**33134**   2:8
**33567**   7:4
**33602**   1:14 2:4 87:5
**3609**   6:23
**39**   3:11
**3:06**   32:3
**3:23**   71:21
**3:39**   46:20 47:2,11,17
  47:20,24

**3:41**   46:22

**4**

**4**   3:11 39:2,6 44:20
  45:14 82:18 83:25
**40**   3:12 45:3
**41**   49:3 51:24
**43**   57:23
**44**   58:17
**47**   60:1 61:5
**4:23**   71:22
**4:25**   71:25
**4:25:53**   71:23
**4:27**   60:15
**4th**   2:7

**5**

**5**   3:12 39:24 40:3,6
  43:1 44:22 55:19
**50**   63:22
**500**   1:14
**51**   65:15,20
**54**   67:15
**5511**   49:1
**58**   71:4
**5:00**   66:23
**5:01**   67:11
**5:48**   82:2

**6**

**6**   62:7 63:25 64:4
**6732**   28:16 41:16
  42:8 44:10,24 73:1
  75:12,14,19
**6:46**   60:9

**7**

**7**   62:7 64:8
**70**   28:18 30:6 35:6,8
  35:11,16,17 36:18
  37:3,11,25 38:9 39:9
  39:14 56:11
**76**   30:11 65:13 68:13
  70:12,13 71:9
**7:13**   49:21 57:12
**7:31**   59:4

**7:46** 60:10 62:15,19
**7:48** 60:11 63:6
**7th** 65:9

**8**

**80** 30:13
**813** 55:8
**813-638-5511** 48:14
**813-716-6732** 40:15
  42:17,23
**82** 3:3
**84** 86:12
**85** 3:3
**86** 3:4
**87** 3:4
**88** 3:5
**888-745-3191** 43:3
**8:11** 52:20
**8:13** 49:22 57:13
**8:14** 1:3
**8:15:01** 57:15
**8:15:02** 57:15
**8:28** 62:17
**8:31** 59:4
**8th** 65:14,19

**9**

**9390** 52:13 53:12
**97** 40:9,14 43:1 45:3
  51:24 61:5
**98** 7:24
**9:38** 52:20
**9th** 65:18

**a**

**aa** 8:11
**account** 41:15,20
  57:21 72:17,19,24
**accounting** 68:12
**accuracy** 59:23
**accurate** 30:25 31:4
  31:8,20 56:4 59:24
  65:13 67:21 69:1
  88:22
**action** 13:4 86:18,19

**actual** 76:19,24,25
  77:8
**add** 39:1 60:24
**addition** 65:1
**additional** 47:8 59:18
**address** 6:22 70:9
**admissible** 15:20
  19:23
**admissions** 38:12,13
**admit** 36:16
**advertise** 9:9,12,13
  9:24,25
**advertising** 9:18 10:2
**aep** 1:4
**affiant** 88:24
**affidavit** 29:13,14,16
  29:19,22,25 30:15,24
  31:6,8,18 32:9 36:15
  37:2,13,21 79:10
**affiliate** 8:25 9:2,9
  10:12 11:11,25
**affirm** 4:3
**afternoon** 4:13 82:5
**ago** 13:11 14:23
  17:10,22 18:2 41:18
**agree** 45:17,21,23
  49:12 52:6
**agreement** 6:6
**ahead** 12:13,18 16:3
  20:20 28:12 30:9
  42:16 47:14 63:12
**allegation** 24:20 38:8
  39:13
**allegations** 12:10
  56:10 76:15 77:10
**allege** 21:24 37:11
  39:9 74:10 78:16
  79:4
**alleged** 21:16 24:1
  25:6,11 38:3 56:4
  76:3,13
**alleging** 30:1 37:4,25
  68:18
**amended** 3:9 19:11
  20:1 21:15 29:4

30:20,24 32:10 38:2
  76:6,18
**amendments** 88:6,22
**america** 19:8
**amir** 2:11
**amount** 16:15
**ann** 1:15 85:5,16
  86:6,23 87:23
**answer** 5:20 6:4
  11:20,22,23 12:12,18
  15:25 19:1 20:20
  25:3 26:5,6 28:12
  31:12,15 36:9,23
  37:18 56:15 58:13,14
  60:23 63:11 67:4
  68:25 69:1,6 78:1
  80:13 83:13
**answered** 9:19 11:18
  24:8 57:7 68:1 70:14
  70:15,16 74:25
**answering** 6:10 41:2
  74:3
**answers** 5:6,15
**apart** 64:16
**appearance** 87:17
**appearances** 2:1
**appeared** 85:7
**appearing** 2:5,9
**appears** 29:20
**approximate** 35:17
  36:18 37:3,11,24
**approximately** 28:18
  30:6 35:6 38:8 39:8
  39:14
**april** 79:20 80:17
  81:4
**argued** 55:13
**arrest** 17:11
**arrested** 17:7,9,15,22
  17:25 18:1
**arrive** 68:13
**article** 19:7
**ashley** 1:14
**aside** 73:9

**asked** 11:21 22:6
  42:20
**asking** 5:3 12:21
  13:14,15 20:22 22:20
  64:1 68:24 70:1,7
  81:14
**association** 1:7 4:16
  21:6 79:11 80:1 87:7
  88:3
**assume** 6:3
**attach** 88:1
**attached** 29:3,8
  30:15 31:6,19 32:10
  35:2 55:18 87:14
**attended** 8:7
**attorney** 3:4 11:21
  13:12 19:6 30:12
  76:21 86:16
**attorneys** 86:17
**audio** 27:5
**august** 43:10,18 44:8
  44:10,15,25 53:16
**authorized** 86:8
**automatic** 74:11,14
  74:17,22
**automatically** 35:21
  36:10 74:18
**available** 87:20
**avoid** 5:11
**aware** 35:14,16,18
  36:17 37:3,7,10,24
  80:12 81:5
**awkward** 68:14

**b**

**b** 3:7
**back** 6:19 13:14
  14:16 32:5 36:19
  42:25 44:4 48:21,21
  48:25,25 52:20,20
  53:23 67:13
**bank** 19:8
**bankruptcy** 13:6,13
  13:18,20,25 14:19,20
  14:22,24 15:2,11

**barbara**  2:7 4:14
  12:7 13:16 15:24
  37:7 49:16 61:23
  66:20 70:21 87:24
**base**  10:5 66:22
**based**  25:9 55:3 57:9
  58:8
**basically**  5:2
**basing**  50:22 51:3,10
  51:16 57:9
**basis**  21:5,18 46:8
**began**  80:3
**beginning**  18:19
  33:11 55:18
**behalf**  2:5,9 15:3
  20:10
**belief**  59:22,24 70:12
  83:6
**believe**  11:21 14:1,3
  18:17 19:12 27:17
  29:3 30:20,21 32:9
  46:4 47:2 56:3 57:17
  57:20 63:19,24 64:4
  64:7 65:15,16,23
  66:5,9 67:21 74:21
  79:20 80:15 82:22
**belonged**  80:2 81:6
**belongs**  7:13 43:7
**best**  5:7,16 70:10
**better**  13:22 64:23
**beyond**  12:13 18:22
**bfernandez**  2:8
**bill**  16:19
**bing**  10:3
**birth**  6:13
**bit**  15:23
**bottom**  43:2 58:17
  61:25
**bought**  10:25
**boulevard**  2:3,7 87:4
**break**  5:24 14:9,11
  31:10,11,15,23 32:1
  60:13 67:9
**brevity**  4:17

**briefly**  18:16
**bright**  25:10,12
  72:17,21,25
**bringing**  20:16
**browne**  1:15 85:5,16
  86:6,23 87:23

**c**

**calculations**  59:18
**call**  3:11,12 22:25
  23:10 25:4 30:22
  34:13,14,19 35:19
  36:10,25 38:12,15,17
  38:18 39:1,4,8,12,16
  39:17 40:6,15 43:8,9
  43:9,12 44:8,9,9,13
  44:14,20,23 45:10,14
  45:15,18 46:1,2,3,11
  46:16,18,18,20,21,25
  47:1,6,11,12,16,19
  47:24 48:2,3,9,12
  49:4,9,10,13,21,24
  50:3,4,7,15,23 51:4
  51:10,11,16,17,20,25
  52:2,3,7,13 53:17,22
  54:1,5 55:5,6,9,12,14
  55:17 57:11,12,14,18
  57:20,24 58:3,9,9
  59:3,5,8,11,12,14,21
  60:5 62:18 63:5,9,15
  64:2,15,21 65:3,4
  66:24 68:5,10,19,19
  71:20,20,24 73:12
  75:3 77:6,22 80:13
  80:22 83:24
**called**  22:8 24:9,22
  73:11,18 74:11,22
  80:12 82:9
**calling**  43:3 45:7
  73:25 77:3 78:2,20
  78:23 79:1,5 81:15
  82:15 83:22 84:9
**calls**  20:21 21:25
  22:3,5,17 24:5,8,11
  28:3,6,10,15,18

29:25 30:6,11,13
  32:25 33:12,18,20
  35:6,9,11,14,17,22
  35:24 36:2,5,18 37:4
  37:11,22,25 38:9
  39:9,14 44:1 46:6
  47:8 48:21,25 49:20
  49:23 50:6 52:19,22
  52:25 53:8,11,15,17
  54:12,13,21,25 55:22
  56:3,10,11,23 57:5,8
  57:14 58:6,15,20,25
  59:19 60:8 61:11,15
  62:22,23 63:19,24
  64:4,7,12,18 65:7,8
  65:13,15,23 66:5,9
  66:11,14 67:16,22
  68:2,4,13 69:7,10,16
  70:12,13,18 71:6,9
  71:12 72:1,5,9,12
  74:2,18,25 75:10,15
  75:17,20 77:15,19,21
  78:7,16 79:8 80:4,20
  80:25 81:9 82:19
  84:1,2,5
**camera**  33:23 34:3,9
**campaign**  39:1
**capability**  75:15,19
**capture**  35:21 36:11
**captured**  35:23,25
  36:7
**card**  16:18
**case**  1:3 4:15 12:11
  19:6,8 54:9 87:10
  88:2
**cause**  4:4 6:9
**caused**  81:8
**causes**  5:22
**cc**  87:24
**cell**  20:22 21:25 24:6
  26:24 28:3,16 33:25
  34:7,17,24 35:11,25
  36:12 37:12 38:9
  39:9,19 40:19 41:15
  41:22 43:17 44:1

54:24 61:11 73:9
  74:11 75:14,18,22
  82:10,15,19 83:22
**cellular**  73:5
**central**  47:2,21 49:21
  57:12 59:4,5 60:9
  71:22
**certain**  12:6 41:13
  53:21
**certainly**  5:18 23:19
**certificate**  3:3,4 85:1
  86:1
**certify**  85:6 86:7,15
**change**  88:8
**changed**  68:21
**changes**  87:14,16,21
**check**  64:13
**children**  8:1
**choice**  87:12
**city**  7:2 8:8
**claim**  21:5 26:14
**claims**  73:10
**clarification**  61:2
**clarify**  60:22,22
**clarity**  59:17,18
  60:18,24
**class**  13:4
**clear**  51:19
**clearly**  63:1
**client**  10:5 20:6,21
  21:19 26:14 70:13
  77:2 87:9,14,18,20
**client's**  33:1,3 48:8
**clients**  9:17,24 10:1,7
  10:8
**clipped**  28:21 40:1
**closed**  13:22,23
**code**  7:3
**coincides**  87:11
**collection**  14:5
**college**  8:5,8,9
**come**  61:7 75:7
**coming**  34:14 80:21
  81:9

**comments** 87:16
**commission** 85:17
**communication** 78:25 79:4,6
**community** 8:7,12
**company** 9:6,8,12,14 9:23 10:14,15,16 79:13
**compilation** 68:2
**complaint** 3:9 12:10 19:11,21,22 20:1,5,9 20:13 21:12,16,24 22:19 29:4,9 30:16 30:21,25 31:7,20 32:11 35:3 38:2,3 56:6,11,14 64:22 68:20 74:10 76:6,16 76:18 77:10 81:12
**complaints** 36:23 56:4,7
**complete** 30:25 31:4 31:20 87:15
**completed** 8:4
**concluded** 13:21 84:21
**conduct** 76:3,21
**connected** 86:17
**consider** 53:21 54:4 65:12 78:3
**consideration** 59:20 65:10
**consists** 29:5
**continue** 32:7 65:22 68:24 69:2
**continuity** 61:9 62:3
**conversation** 22:10 23:16,21,24 24:2,12
**conversations** 24:15 82:7,8,14
**converted** 47:3
**convicted** 18:6
**copy** 27:16,17 29:20 79:10 84:19 87:12,13 87:14,15,18,19

**coral** 2:8
**correct** 17:23 22:1 24:23 29:10 30:7 31:8 33:13 34:8,10 35:7 36:1 39:21 43:23 44:11,12,15,25 45:1,11 49:7 50:8,10 50:13,14,17 59:7,15 63:7 64:14 74:12 78:20 79:7 82:10,11 82:15,16,22
**corrections** 87:15,21 88:22
**correctly** 50:2 55:8 75:25
**correspondence** 27:9
**costs** 76:21
**counsel** 86:16,17 87:16
**count** 20:15,16,25 21:3,9,16,19 30:11 56:3 58:15 59:13,23 59:24 60:19 64:23 65:12 67:21 68:11 70:11
**counted** 57:21 64:25 64:25
**counting** 59:10
**counts** 21:22 68:19
**county** 13:18 85:4 86:4,20
**couple** 81:23
**court** 1:1 4:1 5:4,9,13 5:16,22 19:12 28:20 38:22 39:22 83:15 86:6
**cover** 61:8
**covered** 63:17
**cpa** 4:16 20:6,17 21:19 22:17 23:2,10 23:17 24:2,5,14 25:10 27:9,25 28:3,6 28:10,17 30:1,7 33:6 35:17,19,24 36:18 37:5,11 38:1,9,12,13

38:16 39:5,12,14
43:7 44:6 47:17,19
49:13,20,23 57:11
59:3 62:19 64:2 65:4
71:10 73:5,8,10,25
74:3,10,22 75:1,10
76:3,5,16 77:10,15
78:16,19,19,22,23
79:1,1,5,9 80:2,12,22
81:1,6,12,14
**cpa's** 34:25 35:6 46:18 47:1 48:2 55:6 63:2 71:20 80:8
**created** 29:16 36:16 37:2
**credit** 1:6 4:15 14:5 16:18 21:6 79:11,25 87:6 88:2
**crime** 18:7
**culbertson** 1:13 2:6
**current** 6:22 9:25
**currently** 7:18 8:15 41:24
**cv** 1:3

<table>
<tr><td colspan="1"><b>d</b></td></tr>
</table>

**d** 3:1
**damages** 76:2,5,7,9 76:14,19,19,20,24,25 77:8,9,23
**date** 1:11 6:12 36:24 39:1 43:8,9,18 44:8 54:2 57:8,11 65:7,18 66:1 67:20 68:8 70:22,25 79:17,18 80:7 83:19 88:7,24
**dated** 30:16 86:19
**dates** 57:1
**david** 2:2,4 67:9 69:21 83:10 87:3,5
**day** 36:17 57:5 64:3 68:5,5 77:24 83:7
**days** 87:15
**de** 2:7

**dear** 87:8
**debt** 14:5 16:10,12 16:14,18 24:22,25 25:5,6,8,10,11 72:21
**debts** 13:24 15:16 16:6,23 17:2
**default** 16:15
**defendant** 1:8 2:9 4:15 26:20 27:3,19 82:9,19 83:24
**defendant's** 19:16 25:19 26:8,17 28:23 29:2 32:15 34:6 39:6 39:12,24 43:1 44:9 44:20,20,21 45:13,14 46:11,15,21 49:9 50:4,7 51:11,17 52:2 55:19 58:8 62:2,4 82:13,18 83:17 84:4 84:6
**defense** 25:25 32:8 40:6
**degree** 8:13
**degrees** 8:10
**demand** 19:11
**depends** 77:17
**deposition** 1:10 4:24 4:25 18:12,13,25 32:16 84:21 86:9 87:7,9 88:1,6
**describe** 77:17
**described** 76:6 84:1
**description** 3:8
**detail** 55:17
**details** 8:23
**dialed** 74:19
**dialing** 74:12,14,17 74:23
**difference** 68:6
**different** 43:21 45:24 45:25 46:9,10,10,22 51:20 52:19 53:15 54:19 56:9 61:24,24 70:23 75:24

**difficult** 5:13,14
**difficulty** 5:22 6:9
**digital** 8:25 9:2 10:9
  11:10,25 33:23 34:3
  34:9
**discharged** 13:24
**disclosures** 3:10
  25:20
**discovery** 25:9
**discussed** 38:11
**discussion** 6:18
**district** 1:1,1 13:17
  13:19
**docket** 29:4
**document** 19:18 26:3
  29:6,7,13 31:19
  82:22
**documented** 37:23
**documents** 18:19
  28:21 39:25
**doing** 10:18 64:23
  70:8 77:25
**double** 55:10
**draft** 19:22 29:22
**drive** 1:14
**dropped** 75:3
**dui** 17:13,22 18:2
**duly** 4:9 85:8

**e**

**e** 3:1,7 88:4,4,4
**earlier** 47:9 57:16
  78:18
**east** 2:3 87:4
**eastern** 47:3,4,7,22
  49:22 57:13 60:10
  62:14,20 71:22,23
**education** 8:3
**either** 19:5 36:22
**electronic** 84:16
**employed** 8:15,16
  10:22,23
**employee** 86:16
**employment** 8:17
  11:12

**ended** 54:19 75:19
**entries** 46:4 52:24
  53:7,24 54:9,14,15
  58:18 63:15 64:15
**entry** 29:5,6,7,13
  43:2,12 44:5 55:25
  56:24 60:1 82:24
  83:1
**equally** 48:2
**errata** 3:5 87:13,16
  87:19
**errors** 88:6
**esquire** 2:2,7 87:3,24
**estate** 10:24,25 11:5
**eventually** 75:7
**everybody** 68:11
**evidence** 15:19 19:23
  81:12
**exact** 54:6,12,16,21
  55:1 56:1,25 68:8
**exactly** 10:5 13:9
  23:20 43:15 46:12
  67:19
**examination** 3:2,3
  4:11
**examined** 4:9
**example** 60:18 61:7
  62:10
**excel** 38:24
**excess** 35:8
**exercise** 55:22
**exhibit** 3:9,10,11,11
  3:11,12 19:13,17
  25:19,22,25 26:9,17
  28:22,24,25 29:2
  32:9,16 34:6 38:11
  39:2,6,24 40:3,6 43:1
  44:20,22 45:14 55:19
  61:17 62:3,4,7,7
  82:18 83:25
**exhibits** 29:3,8 32:10
  35:3
**expected** 15:19
**expert** 51:13

**expertise** 51:9
**expires** 85:17
**explain** 22:13 36:8
**explained** 24:9

**f**

**f** 61:17,18,21
**fact** 54:8
**family** 14:4 25:13
  41:4,14
**fccpa** 20:7 21:17,19
**fdcpa** 20:7 21:1,5
**february** 1:11 85:7
  85:11 86:19 87:1,10
**fees** 76:21
**female** 23:7
**fernandez** 2:7 3:2
  4:12,14 6:15,19,21
  11:19 12:17 14:8,11
  14:16,17 15:6,10,15
  16:5,13,17,21 17:6
  17:14,20 18:5,10
  19:3,14,24 20:8,19
  21:10,23 24:18 25:17
  25:23 28:8,14,19
  29:1 30:4 31:2,17,25
  32:5,6 34:12 35:15
  36:6 37:9,16 38:6,22
  39:3,22 40:4 42:18
  42:24 43:16,22 44:18
  45:22 48:10 49:19
  50:1,21 51:2,8,14,22
  52:11 56:5,13,20
  57:4 58:7 59:1 60:12
  60:14,17,20 62:1,8
  63:13 67:1,3,8,13,14
  68:23 69:15,20 70:1
  70:17,25 71:3,11,16
  73:7,23 74:20 75:2
  76:8,12,23 77:7,13
  81:7,21 82:1 83:9,14
  84:10,14 87:24
**ff** 85:17
**fifth** 19:10,25 21:15
  76:6,18

**file** 15:3,11
**filed** 13:6,13,18,21
  13:25 14:20,22,24
  20:6,10 21:8,22
  30:21 38:1 68:20
**filing** 13:25 14:19
  21:5,18 81:12
**filings** 15:2
**financially** 86:18
**fine** 4:19
**finish** 5:20
**first** 3:9 4:8 28:10
  33:18,19 46:1 79:13
  79:15,19 80:3,11,14
  80:15 82:24
**five** 15:12,17 16:7
  40:24 41:12,18 56:7
  74:8,9 81:19 82:7,8
**floor** 2:7
**florida** 1:1,2,14 2:4,8
  7:2 8:8,9,13,14 11:4
  13:19 85:3,6,16 86:3
  86:20 87:5
**follow** 49:17
**follows** 4:10
**foregoing** 86:9,11
**form** 8:17 9:5 11:15
  12:5 15:5,9,14,22
  16:8,16,20 17:5,12
  17:18 18:4,8 20:4,18
  21:7,20 24:16 25:15
  28:7,11 30:2,18
  34:11 35:12 36:3
  37:6,14 38:4 42:16
  42:22 43:14,19 44:16
  45:20 48:6 49:15
  50:19,24 51:5,12,18
  52:9 56:2,12,18 57:2
  58:5,24 60:7 63:11
  68:22 69:13,19,21
  70:2,9 73:6,22 74:16
  74:24 76:4,11,17
  77:1,11,16 79:4 81:2
  83:9 84:10,16,20

**forward**  4:17
**found**  19:4
**four**  29:7 84:1
**fpr**  1:15 87:23
**frame**  61:8 80:17
  81:4
**fresh**  68:3
**friends**  14:4
**front**  32:12 55:10
**full**  76:7
**fully**  6:5
**function**  75:21
**further**  11:17 81:22
  86:15
**future**  76:21

**g**

**g**  61:17,18,21
**gables**  2:8
**general**  12:22
**getting**  50:5
**give**  4:4 6:12,15 61:2
  61:18 66:24
**given**  55:24 56:24
  65:7
**go**  4:23 6:1,16,19
  11:17 12:13,18 13:14
  14:9,12 15:23 16:3
  20:20 28:11 30:9
  36:19 40:9,12,13
  41:16 42:16 43:1
  44:4 45:5 47:14
  53:23 55:3 58:16
  61:16 62:2 63:12
  68:10 69:8
**goes**  68:11
**going**  4:16,17,23 5:2
  5:25 6:3 12:3,5,6,8
  12:13 13:10 15:22
  16:1 18:22 19:10,19
  20:12,24 21:11 22:22
  25:18,19 26:15 28:19
  28:23 29:12 32:7
  38:19 39:23 41:18
  42:15,25 49:3 51:23

55:3 59:25 63:10
  65:14 67:15 68:24
  69:2 73:21 79:22
  84:15,18,19
**good**  4:13 5:19 82:5
**google**  10:3 33:7,8,16
**gordon**  2:2 87:3
**grace**  1:3,10 3:2 4:8
  4:22 85:6 86:9 87:6,7
  87:9 88:1,2
**great**  32:2
**ground**  4:23
**guess**  45:5
**guys**  83:11

**h**

**h**  3:7 88:4
**habit**  75:23
**half**  8:5
**halfway**  57:24
**hand**  4:2 45:6 85:10
**happen**  62:11
**happened**  62:11
**harassment**  77:2
  78:3
**hard**  49:17 70:9
**hash**  69:25
**head**  5:11
**hear**  5:9,10 37:17
  83:13
**heard**  79:18,24 83:12
**hello**  75:5
**hesitate**  41:2
**hey**  66:20
**highest**  8:3
**highlighter**  49:16
**hillsborough**  8:7,12
  85:4 86:4,20
**hinshaw**  1:13 2:6
**hinshawlaw.com**  2:8
**home**  7:10,12 8:21
**house**  25:10,12 72:17
  72:22,25
**household**  25:13

**huh**  5:12
**husband**  7:24 41:6

**i**

**idea**  25:16
**identification**  19:13
  25:22 28:25 39:2
  40:3
**identify**  26:3,8
**immediately**  87:19
**inaccuracies**  48:1,3
  63:8 65:5
**inaccuracy**  63:2,4
**inaccurate**  30:17
  48:4,7 50:12
**included**  37:13
**including**  87:16
**incoming**  32:25
  35:14,22 36:2,5 55:6
  55:9 59:14
**incomplete**  48:8
  50:13,15,17 82:22
**incorporated**  10:17
**incorrect**  30:16
**incurred**  25:13
**indicates**  55:7,11
**industry**  14:6
**information**  18:24
  26:13
**informed**  73:19 77:4
  84:4
**initial**  3:10 25:20
**injunction**  76:20
**injured**  77:14
**injury**  77:18,18 78:3
**input**  51:13
**instance**  9:16
**instruct**  19:1
**instructed**  11:22
**instructions**  15:24
  55:4,15 88:5
**intent**  27:14
**interact**  10:7,8
**interest**  76:22

**interested**  18:20
  86:18
**internet**  8:18,24 9:10
  9:11,23 10:9 72:20
  72:20
**interpret**  46:24 48:23
  64:17
**interpretation**  50:23
  51:4,10,16 53:4,5,14
  55:23 56:22 58:22
**interpreting**  48:24
**interrogatories**  18:17
  18:18,21
**interruption**  77:24
  77:25
**investor**  11:5

**j**

**janda**  1:3,10 3:2 4:8
  4:22 85:6 86:9 87:6,7
  87:9 88:1,2
**job**  8:23
**june**  29:19 30:16
  31:7,19 36:15,17
  37:2,12 38:2
**jury**  19:11

**k**

**keep**  27:16 51:23
  59:25 65:14
**kennedy**  2:3 87:4
**key**  39:1 55:16 59:16
  59:16
**kind**  36:12 78:12
**knew**  36:24 79:12
  80:21 81:1
**know**  5:18,25 6:1
  10:13 11:16 19:17
  20:23 22:3 24:19,25
  25:2,2,5,11 33:5
  36:23 40:10 41:11
  43:12 56:14 67:23
  69:3,5 75:21,22
  77:22 79:8 80:1,7
  83:11

**knowledge** 50:22
  51:3,15 72:23

**l**

**labeled** 61:17
**lack** 13:22
**lakeland** 8:9
**lawsuit** 12:24 13:1,21
**lead** 15:19
**lease** 7:12
**leaving** 73:4,9
**left** 26:24 45:6 55:11
  59:15 61:2 73:15
  80:11,14 81:3 83:4
  84:1
**leon** 2:7
**letter** 3:4 27:14,16,18
  27:24 78:19,22
**level** 8:3
**license** 11:1
**licensed** 11:3
**line** 12:15 75:8 88:8
**lines** 49:18
**listed** 26:19 87:17
**listened** 79:13,16
**listening** 83:11
**litigate** 27:15
**litigation** 27:22
**little** 10:23 13:11
  15:23
**live** 7:15 83:4 84:2
**lived** 7:5
**lives** 7:14
**llp** 1:13 2:6
**locations** 87:20
**log** 3:11 30:22 36:25
  38:12,15,17,18 39:4
  39:8,12,16,17 43:9
  44:9,21 46:18,18
  47:1,6,20 48:2,3
  49:23,24 50:4,7,15
  52:3 57:11,14 59:3,6
  62:18 64:2,16 65:3,4
  71:20,24 83:24

**logs** 23:24 40:7 46:11
  46:16,25 48:9 49:9
  50:23 51:4,11,11,16
  51:17,20 55:5 58:9,9
  63:9 64:21 68:10
**long** 7:5 10:18 22:12
  23:16 26:11 40:21
  64:20
**longer** 13:11
**look** 19:16 61:4
  62:18 78:2
**looked** 64:21
**looking** 21:13 29:14
  34:5 66:2 82:24
**looks** 26:12 32:17
  38:24
**lost** 70:24
**lot** 61:23,24
**loud** 5:8
**lp** 1:7 87:7 88:3

**m**

**madam** 28:20 38:22
  39:22
**mailbox** 26:25 73:16
**mailed** 27:20
**male** 23:7,8,17 24:1
**maney** 2:2 87:3
**march** 6:14 22:22,25
  23:11,18 24:13 28:13
  33:13,17 79:20,22,24
  80:5,17,24 81:4
  82:25 83:18
**mark** 25:19 28:23
  39:23 49:16 88:7
**marked** 19:13,16
  25:22 26:8,17 28:25
  32:8,16 39:2,6 40:3,5
  44:19,21 62:5,6
  82:17 83:24
**market** 9:8,12,13,14
  9:22,25 10:9
**marketing** 8:18,24
  9:5,23

**married** 7:18,20,22
  7:25
**mary** 1:15 85:5,16
  86:6,23 87:23
**match** 46:12,14,15
  46:17,18 54:6
**mcbeth** 1:3,10 3:2
  4:8,13,22 12:19
  14:18 16:3 17:21
  18:24 19:4,15,25
  25:24 29:2,23 32:7
  39:4 40:5 56:6 58:16
  66:10 68:17 72:16
  79:21 81:22 85:7
  85:6 86:9 87:6,7,10
  88:1,2
**mean** 5:15 10:3 16:12
  16:14 26:22 27:21
  30:9 35:20 39:18
  43:20 48:24 64:3
  75:3,4
**meaning** 36:2
**means** 16:10 43:13
**medical** 78:4,15
**medication** 6:8
**member** 13:3
**members** 41:14
**memory** 55:7
**mentioned** 11:8,10
  11:25
**message** 27:6 55:11
  59:14 79:14,16,19,25
  80:11,15 81:3 83:4
  84:1
**messages** 73:4,9,16
  80:19
**meter** 6:1 14:9
**middle** 1:1 13:19
  31:12
**mind** 37:22 68:3
**minute** 23:20 31:25
  66:24 69:8 81:24
**minutes** 14:12
**mitchell** 2:2 3:3
  11:15 12:3 15:5,9,14

15:21 16:8,11,16,20
  17:5,12,18 18:4,8,22
  19:5,19 20:4,18 21:7
  21:20 22:1,4,6,8,17
  23:1 24:16,23 25:1
  25:12,15 28:7,11
  30:2,18 31:14 34:11
  35:12 36:3 37:6,14
  38:4 42:15,22 43:14
  43:19 44:16 45:20
  48:6 49:15 50:19,24
  51:5,12,18 52:9 56:2
  56:12,18 57:2 58:5
  58:24 60:7 61:22
  62:4 63:10 66:20
  67:10 68:22 69:13,19
  69:22 70:3,21 71:1,8
  71:14 73:6,21 74:16
  74:24 76:4,11,17
  77:1,11,16 81:2,23
  82:4 83:12,16,21
  84:8,12,18 87:3,8
**mitchell's** 25:8
**mitchellconsumerl...**
  2:4 87:5
**mom's** 41:6
**month** 80:24
**morgan** 19:5,5
**mother** 7:13,15
**mouth** 9:18
**move** 57:23 63:14
  71:4
**moving** 63:22
**mss** 1:4
**mulberry** 6:23,25
**multiple** 77:3

**n**

**n** 3:1
**name** 4:13,20 10:14
  23:4 41:17,19,19
  79:13,25
**necessarily** 37:15,19
**necessary** 68:18

**need** 5:24 11:17 26:6
31:12 81:11 84:19
**nelson** 19:8,9
**networks** 72:17,22
72:25
**never** 11:3
**nine** 21:12,13,15
52:19,22,25 53:3,7,7
53:10,15,18
**nineteen** 35:4
**nodding** 5:11
**notary** 1:16 85:5,16
86:7,24
**notated** 51:20
**notations** 55:5
**note** 23:23 87:14,20
88:6
**noted** 88:22
**notes** 79:22 86:13
**noticed** 33:19
**notify** 87:18
**november** 63:25 64:4
64:8 65:9,14,18,19
65:23,24 66:3,6,11
66:15,17,18,19 67:17
67:24 69:4,4,11,17
70:19 71:7,13,19,21
72:2,6,10,14
**number** 6:16 21:25
22:13 23:13 24:11
28:3,16 33:6 34:25
35:7,20 37:12 38:9
39:15,20 40:17,19,22
41:3,7,9,12,14,16,22
41:25 42:3,6,8,9,13
42:14,20,21 43:3,4,6
43:11,21,21 44:2,2,5
44:6,10,24,24 45:7
45:18 48:11,14,15,18
48:21 49:1,4,14
51:25 52:4,7,12,16
52:19 53:1,8,11,16
53:24 54:22 55:1,6
57:25 58:4,18,21
60:2,6 61:12 62:7,7

63:16,20,25 64:9
65:16,24 66:6,12,15
66:16 67:18,21 68:20
69:11,17 70:20 71:7
72:3,3,7,10,13 73:1,2
73:12,19 75:11,16,17
75:19,20,24,24 77:3
77:5,6,22 80:1,8,9,21
80:25 81:1,5,10
82:14 83:21 84:7
**numbers** 33:1,4,16
43:18 61:25
**numerous** 20:21 77:4

**o**

**oath** 3:3 4:10 85:1
**object** 11:15 15:5,9
15:14,18,22 16:8,16
16:20 17:5,12,18
18:4,8,23 20:4,18
21:7,20 24:16 25:15
28:7,11 30:2,18
35:12 36:3 37:6,14
38:4 42:15,22 43:14
43:19 44:16 45:20
48:6 49:15 50:19,24
51:5,12,18 52:9 56:2
56:12,18 57:2 58:5
58:24 60:7 63:10
68:22 69:13,19 73:6
73:21 74:16,24 76:4
76:11,17 77:1,11,16
81:2
**objected** 83:10
**objection** 12:4,14
15:21 16:1 19:20
34:11 71:1,8,14 83:9
83:12 84:10
**objections** 12:5
**obtain** 9:17 38:23
**occasion** 14:24 17:16
18:1 24:4 73:20
**occasions** 77:4
**occur** 5:3

**occurred** 45:10 65:2
**october** 45:10,15,18
46:1,20,25 47:11,16
47:19 48:13,22 49:1
49:5,6,10,13 51:23
52:3,8,18 53:8,23
54:15 55:24 56:16,24
57:11 58:3,19,21
60:1,5,8 61:3,4,8,10
62:16,17,24 63:14,18
63:20
**office** 66:22
**official** 85:10
**oh** 62:5
**okay** 4:17 5:2 9:21
21:3,11 22:22 26:7
26:15 38:21 40:11
45:4 51:23 57:23
58:12 62:9 65:22
69:6 78:22 82:1 83:3
**old** 6:23,25
**once** 14:20 24:9
62:12
**ones** 46:13
**ongoing** 22:10
**opened** 72:24
**opposing** 87:16
**option** 87:11,13,18
**order** 84:15
**ordered** 87:13,18
**original** 87:13,19
88:5,7
**outstanding** 15:16
16:6,10,12,14,22
17:2
**overlapping** 5:21
**owe** 16:15
**owed** 24:22 25:6,12

**p**

**p** 2:2 87:3
**p.a.** 2:2 87:3
**p.m.** 1:12,12 14:14
14:15 32:3,4 46:20
47:2,4,7,11,17,20

49:21,22 57:12,13
59:4,4 60:9,10,11,15
60:16 62:15,17,19
67:11,12 71:21,22,23
71:25 82:2,3 84:22
**package** 87:14,16,19
**packet** 55:4,18
**page** 3:2,8 20:12,25
20:25 21:12,13,15
26:16,16,18 28:22
40:2,9,14 42:25 44:4
45:2,6 49:3 51:24
57:23 58:17 59:25
61:5 63:22 65:15,19
67:15 71:4 87:17
88:7,8
**pages** 29:5,7,8 86:11
**paper** 28:21
**paperwork** 18:19
**parenthesis** 55:8,10
**part** 11:11 27:13
32:15 33:9 34:6
**particular** 18:20
**particularly** 5:9
**parties** 86:17
**party** 12:25
**passed** 7:24 41:6
**passing** 41:10
**pdf** 38:24
**people** 77:20
**people's** 9:14
**period** 7:23 15:1
**person** 10:13 22:5,7
23:5,9 77:19 83:5
84:2
**personal** 25:13 51:15
**personally** 37:23
85:7
**phone** 20:22 24:6,8
25:4 26:24 28:2,3,16
33:16,25 34:7,17,19
34:24 35:11,25 36:10
36:10,12 37:12 38:9
39:9,18,19 40:19,21
41:22 43:17 44:1,22

47:19 48:13 52:7
53:5,14 54:24 55:24
56:23 59:19 61:6,12
63:22 64:12 65:7
71:5 73:9 74:2,11
75:14,18,22,23 78:1
79:6 80:25 81:9
82:10,15,20 83:20,22
84:7
**photographs** 35:21
**picture** 34:7,18 60:25
**pictures** 32:17 33:24
34:15,21,23 35:10
**place** 1:13
**placed** 20:21 57:12
57:15 77:15
**places** 9:15 10:2
61:24
**plaintiff** 1:4 2:5 3:10
19:21 25:21 26:20
**plant** 7:2 8:8
**pleadings** 16:3
**please** 4:20 5:15,18
5:19,24 6:12 16:4
19:15 26:15 31:16,24
39:23 40:9 51:1,7
53:2 59:25 87:11,13
87:15,18 88:1,5,7
**pled** 12:9
**plus** 30:13
**point** 11:2 12:6 56:7
60:18 61:15 62:25
63:7 71:17
**pointing** 62:25
**ponce** 2:7
**position** 64:24 68:2
**potential** 9:24
**practice** 5:7,19
**precise** 30:12
**preparation** 18:12,25
**prepared** 37:21
**preparing** 64:22
**prerecorded** 73:15
**present** 2:11

**pretty** 41:13
**previously** 38:11
82:6
**prior** 18:11 41:9,13
59:11
**probably** 39:25 74:9
**proceed** 87:11
**proceeding** 13:20
**process** 27:21
**produced** 27:3,18
39:18
**product** 10:12
**production** 18:18
**products** 8:25 9:2,9
9:14 10:10 11:11,14
11:25
**promptly** 87:15
**property** 7:13
**protection** 1:6 4:15
21:6 79:11,25 87:6
88:3
**provide** 42:14,21
59:17 72:25
**provided** 25:10 26:11
**providing** 26:13
**ptn** 40:15
**public** 1:16 12:22
85:5,16 86:7,24
**punitive** 76:19
**purchase** 10:11
**purports** 82:18 83:25
**purposes** 25:14
**put** 12:14

**q**

**question** 5:17,20 6:4
6:4,5 9:16,19 10:4
11:20,24 12:23 14:19
15:18 16:4 17:19
18:23 26:7 31:12,13
31:15,16 36:24 37:1
37:1 50:20,25 51:6
53:2,13 56:15,19
60:21 61:1 63:11
66:21,25 68:25 70:16

70:22 73:22 75:25
76:1 78:11
**questioning** 12:7,16
**questions** 5:3,5 6:10
11:18 19:2,20
**quick** 81:25

**r**

**r** 88:4,4
**raise** 4:1
**reach** 42:20
**reached** 23:12 24:10
77:5,21 83:20 84:7
**read** 19:7 26:12,18
59:16 64:11 84:18
88:5,21
**readable** 84:17,20
**reading** 87:11,15
**real** 10:24,25 11:4
81:25
**realize** 12:4 26:6
**realized** 81:11
**really** 10:12,13 11:16
12:22 68:6 74:4
79:17,18
**realtor** 11:1
**reason** 41:2 55:2
88:8
**reasons** 20:16 21:4,8
21:21 54:5
**recall** 15:4,13 16:24
16:25 17:1 23:4,15
23:19 24:1,14 27:12
27:23 28:2,5,9 49:2
53:10 67:19 73:2
74:3 77:12 80:18
81:13
**receive** 8:10,12 28:16
35:8 47:11,16 56:23
58:21 66:11,14 67:17
69:10,17 72:2,6,9,13
75:10
**received** 8:11 22:25
26:20 30:1,5 35:5,17
35:19 36:18,24 37:4

37:25 38:8 39:5,13
44:14 45:17 46:20
47:12,18 48:25 49:12
49:20 52:6 53:10,15
54:20,24 55:5,23
57:5 58:3 60:4,8
63:19,24 64:4,8
65:11,16,24 66:6,10
67:24 68:4 70:13,19
71:6,9,13 78:16
80:25
**receiving** 21:25 28:2
28:5,10 33:12,18,19
48:20 52:18,22 77:20
79:9 80:3
**recess** 14:14 32:3
60:15 67:11 82:2
**recognize** 19:17,25
20:5 25:24 32:19
43:4 44:7 48:17
52:15
**recollection** 30:12
55:3 59:15 64:24
**reconvene** 14:12
**record** 4:21 6:17,18
6:20 14:13,16 23:21
32:5 36:20,21 39:1
67:13 70:5 86:12
87:16 88:23
**recorded** 79:14,15
80:14
**recording** 27:5 79:12
**recordings** 26:20
**records** 3:12 18:11
18:15 36:20 38:7
39:11,18 40:15 44:14
44:17,19,22 45:3,14
46:5,14,15,21,23
47:25 48:4,7,23 50:5
50:6,12,16 53:6,6,14
55:24 56:23 58:23
61:6 63:2,4,5,23
64:12 67:16 71:5,10
71:17

**redundant** 68:15
**refer** 4:16 19:10 20:12,24 25:18 28:19 29:12 32:8 38:19 42:25 45:13 49:3 67:15
**referencing** 65:2
**referred** 61:23
**referring** 38:14,15 39:5 40:7 47:1 55:16 56:15 61:21
**reflect** 47:7 53:7 82:19 83:25
**reflected** 22:18 46:21 46:22 47:9,20,24 49:23,24 65:10
**reflective** 62:14
**reflects** 57:22
**regard** 65:6
**regarding** 4:24 22:17 39:19
**regards** 22:25 24:5 24:22
**related** 19:20
**relates** 30:24
**relative** 86:15
**relevance** 12:8 16:1
**relevant** 68:7,21
**relying** 50:16 51:13
**remember** 13:9,15 13:16,17 22:14 48:20 52:18,22 72:16 73:24
**rent** 7:12
**repeat** 16:4 31:16 53:2 75:18
**repeated** 77:19
**repeatedly** 69:23 73:11,18 77:2
**repeating** 51:7
**rephrase** 5:18 28:4 50:25 51:6
**report** 86:8
**reported** 1:15
**reporter** 3:4 4:1 5:4 5:10,13,16,22 19:12

28:20 38:22 39:22 83:15 86:1,6
**reporting** 14:5
**reports** 55:17
**represent** 4:14 19:6
**representative** 82:9 82:13 83:18,19,20 84:5,6
**requested** 86:10
**requesting** 78:19,23 79:1
**requests** 18:24
**required** 11:23
**residence** 7:6,14
**residential** 41:24 42:2,5
**respect** 65:6
**respectively** 49:25
**response** 75:5
**result** 13:25 76:2,13 76:15 77:9,14 78:5 78:15
**resulted** 75:1
**review** 18:11,15 20:9 65:8 79:22 86:10 87:20
**reviewed** 18:16
**reviewing** 18:20
**rezvani** 2:11
**right** 4:2 31:14 54:7 62:1,21 77:12 82:24 83:4 84:12
**ring** 43:21 75:24
**road** 6:23,25
**routed** 43:12,17
**rule** 3:10 25:20
**rules** 4:24 6:2 68:12

**s**

**s** 1:14 3:7 88:4
**sales** 10:17
**samsung** 36:14
**saw** 80:19,20
**saying** 5:23 35:24 46:13 47:10,12 54:20

62:23
**says** 18:18 20:15 21:16 28:22 39:1 40:2,14 53:20,25 54:6 56:11,24 59:8 83:4
**scope** 12:9 16:2 18:23
**screen** 34:18,18
**screenshot** 71:25
**screenshots** 32:17,21 32:24,25 33:21 34:2 34:5,22,24 35:13 38:10 39:11 61:16,23 62:13 65:3,11 81:9
**seal** 85:10
**search** 33:7,8,16
**second** 26:16,18 38:1 46:2 54:7 61:18 64:16
**security** 6:16
**see** 36:20 38:25 39:24 40:13,14 45:7,8,15 48:15 49:4,9 51:24 51:25 52:2,4,12 57:19,24 58:18 60:1 62:13 76:18 78:2 82:25 84:2
**seek** 78:4,14
**seeking** 76:2,5,9,15 77:9
**self** 8:16,17 10:23 11:12
**sell** 8:25 9:2 11:4,10 11:24 12:21,22
**selling** 11:13 12:1
**send** 27:8,14 78:22 78:25 87:15
**sense** 68:9
**sent** 27:25 38:16 78:19
**separate** 15:2 46:5 52:25 53:7 64:12,18
**serves** 55:7

**services** 9:22 72:20
**seven** 10:20 20:25
**sheet** 3:5 38:23 87:13 88:7
**show** 39:8 43:8 44:14 44:23 46:5 50:4,6,7 52:25 54:11,15,17 56:17 63:5 71:18 82:17
**showing** 34:24 35:11 49:10 63:15
**shows** 43:3,11,12 44:9 50:3 54:18 55:25 57:17 63:1,3
**side** 45:6 83:4
**sign** 87:20 88:7
**signature** 29:18,21
**signed** 29:19 30:15 31:7,18 36:16 87:16
**signing** 87:11
**similar** 76:20
**simultaneously** 54:25
**single** 38:23
**sitting** 5:4
**six** 7:25 20:12 48:20 48:25 53:17
**slow** 83:10
**social** 6:16
**sold** 10:25
**solemnly** 4:3
**somebody** 22:16 24:14 42:20 81:14
**sorry** 6:24 9:1 26:5 30:10 31:3,11 33:2 37:17 47:13 57:6 62:6 70:24 78:9,13
**sort** 68:4
**south** 8:14
**southern** 8:9,13
**speak** 5:8 22:16
**speaking** 81:13
**specific** 68:7
**specifically** 64:24 69:24

**spoke** 22:7,12,14
  23:1,10 24:5,13
  73:24 78:12 83:7,17
  84:6
**spreadsheet** 38:25
**spring** 40:6
**sprint** 30:22 36:25,25
  38:12 39:16,17,18
  40:2 45:3 46:5,14,15
  46:17,23 47:6,24
  48:4,7 49:24 50:5,6
  50:12,14 51:10 53:6
  55:4 57:14 58:9 59:5
  59:16 61:5 63:4,5
  64:1,2,12,15 65:4
  67:16 71:5,24
**sprint's** 48:3 51:16
**stack** 39:25
**standard** 47:2,4,5,7
  47:21,22 49:22,22
  57:13,13 59:4,5 60:9
  60:10 62:14,20 71:22
  71:23,23
**standing** 19:20
**start** 54:15 56:1,25
  57:1 64:16 78:14
  81:8
**started** 33:12,18
  54:17 56:10
**starting** 54:12
**starts** 28:22 40:1
**state** 4:20 11:4,4
  56:21 85:3,5,16 86:3
**stated** 47:9 81:3
**statements** 88:23
**states** 1:1 20:25
**statutory** 76:7,19
**stenographic** 86:12
**stenographically**
  86:8
**stop** 73:25 78:19,23
  79:1,5 81:14 82:15
  83:22 84:8
**stopped** 24:11

**strike** 21:4 24:19,20
  34:4 43:11 53:4
  54:13 66:10 76:14
  79:23 80:20
**styled** 87:1
**subscribe** 88:22
**substance** 6:9
**sufficiently** 70:15,16
**suite** 2:3 87:4
**support** 26:14 38:7
  39:13
**supports** 73:10
**sure** 12:20 14:10
  16:9 28:5 36:20,22
  36:23 37:7 41:8,11
  49:19 51:9 74:4
  79:12,17,18 80:11
**swear** 4:2,3
**sworn** 4:9 85:8
**system** 74:12,15,17
  74:18,23

**t**

**t** 3:7 88:4,4
**take** 5:13,22,24 14:9
  14:11 31:11,15,23
  32:21 33:22 34:19
  35:10 59:19 67:8
  81:24 84:19
**taken** 1:11 4:25
  14:14 32:3 34:3,15
  60:15 67:11 82:2
  87:7,10
**talk** 70:5
**talking** 14:18 38:20
  48:12 58:10 70:23
**tampa** 1:2,14 2:4 8:8
  86:19 87:5
**tarnish** 70:4
**tcpa** 20:7,15 21:9
  68:19
**teleconferencing**
  2:10
**telephone** 16:19 28:6
  28:10 32:18 33:1,3,5

  35:6,20,23 39:15
  40:17 41:3,25 42:2,5
  42:9,13 44:23,24
  45:3,18 47:16 48:11
  48:17 49:4,14 51:24
  52:4,7,12,15,25 53:8
  53:11,11,16,17,24
  54:21 55:1 57:24
  58:4,18,20,21 59:11
  60:2,5 63:16,20,23
  63:24 64:8 65:16,24
  66:6,12,15,16 67:16
  67:18 69:11,16,17
  70:19 71:6,6 72:1,2,3
  72:5,6,10,12,13 73:1
  73:4,5 74:12,14,17
  74:22 75:11,24 77:3
  77:6,19,20 78:15
  80:8
**tell** 16:11 23:9 63:18
  63:23 69:24 70:10,18
  71:5,12 83:18
**ten** 13:10 14:23
  17:10,22 18:2 31:25
  41:1
**testified** 4:9 24:13
  30:5 35:5 44:5 61:10
  67:20 69:22 70:4,11
  76:24 78:18 82:6,12
  82:21
**testify** 53:15 69:25
**testimony** 3:2 4:3
  22:24 24:21 30:14,23
  46:19 47:15,18,23
  48:5 50:3,9,11 57:16
  59:11,22 60:4 61:13
  61:14 65:6,11 70:5
  83:6
**thank** 31:24 58:16
  81:22 87:22
**thickest** 39:25
**thing** 60:19,25 64:13
  68:4
**things** 68:3

**think** 9:19 11:18
  18:18 22:18 38:20
  61:2,9,22 63:15,17
  69:3 70:14,15,15
  77:18
**thinks** 30:13
**third** 29:4 30:20,24
  46:3
**thirds** 45:5
**thought** 37:22
**three** 8:5 24:7 46:4,5
  46:22 47:8 49:20
  53:24 54:11,14,15
  57:8 58:18,25 63:15
  63:21 64:10 66:8
  69:14 72:15
**time** 1:12 7:23 14:25
  18:1 24:10 25:4
  26:11,12 30:20,22
  31:1,5 33:15 36:13
  38:1 47:1,3,4,5,7,8
  47:21,22,22 49:22,22
  54:7,16,18,21,25
  55:1 56:1 57:13,14
  59:4,5,23 60:9,10,13
  61:8 62:11,15,20
  64:17,20 68:1,20
  71:22,23,24 80:14,15
  80:17 81:4
**times** 15:12 45:24,25
  46:9,17,22 47:9
  51:19,21 54:19 57:1
  62:14 77:5 81:13,16
**titled** 25:20
**today** 6:10 12:25
  17:3 18:12 25:7,9
  30:23 31:9,21
**told** 23:12 24:2 73:11
  73:25 77:21 79:5
  82:6,12
**tommy** 22:1,4,6,8,17
  23:1 24:22,25 25:8
  25:12 83:21 84:8
**top** 38:25 40:14

**total**  24:7 34:22
**touch**  66:22
**track**  70:24
**transcribed**  87:10
**transcript**  6:17 26:19
  27:1 86:10,11 87:12
  87:13,14,18,19 88:6
  88:7,21,22
**transcription**  26:23
  88:6
**transfer**  43:20 75:15
  75:17,20
**transferred**  44:1
**transferring**  75:23
**treatment**  78:4,15
**trial**  15:20 19:11
**true**  57:19 86:12
**truth**  4:5,5,6
**try**  5:11
**trying**  60:22,24 63:7
  68:14 70:8
**tuesday**  62:15
**turn**  21:12 26:16
  45:2 59:25
**twenty**  30:3
**twice**  15:7
**two**  24:7 26:16 45:5
  46:24 49:23 54:5,9
  54:20,24 55:25 56:25
  57:3,5 58:6,15 60:8
  61:11,15,16 62:22,23
  64:6,12,14,15,18
  65:21 66:4,13 67:2,5
  67:6 68:4 69:9 71:2
  71:15,18 72:4,8,11
  74:6 81:17 82:7
**type**  10:19 11:6

**u**

**uh**  5:12,12,12
**underneath**  52:13
**understand**  5:14,17
  5:25 12:20,23 20:3
  25:7,9 26:2 29:10
  50:2 52:24 53:3,6

55:22 56:16 58:2,6
  70:7
**understanding**  6:10
  10:4 26:10 55:17
  56:22 75:25 79:3
**understood**  6:5 30:6
  61:11
**undetermined**  53:20
  53:25 54:6 55:25
  56:25 57:17,20 59:8
  59:9,12,21
**united**  1:1
**university**  8:13
**unnecessary**  68:16
**use**  75:22 87:13

**v**

**v**  19:8 87:6
**variety**  9:15
**verbal**  22:10 79:5
**verbalize**  5:15
**version**  84:20
**violation**  20:15
**violations**  20:6 21:17
  68:18
**voice**  26:25 73:16
  79:25
**voicemail**  26:19 27:6
  73:15 79:12
**voicemails**  26:24
**vs**  1:5 88:2

**w**

**wait**  5:19
**waiting**  26:5
**want**  4:1 14:9 31:23
  67:8 69:24 70:4
  82:17
**wanted**  61:15
**wants**  12:12
**way**  5:21 9:20 13:14
  40:12 43:2 46:24
  48:23 58:17 62:3
  83:3
**website**  8:19 9:11

**wednesday**  1:11
**win**  19:7
**wireless**  40:19
**wish**  68:25 69:1
**witness**  4:7 14:10
  15:25 16:9 32:2
  60:12 85:10
**word**  9:18 13:22
**words**  34:23
**work**  8:21 10:19 11:6
**wrap**  81:25
**written**  27:8 78:25
**wrong**  22:13 23:13
  24:10 69:20 70:2
  73:12,19 77:5,22
  82:14 83:20 84:7

**x**

**x**  3:1,7

**y**

**yahoo**  10:3
**years**  7:7,25 8:5
  10:20,24 11:7 13:11
  14:23 15:17 16:7
  17:10,22 18:2 40:23
  40:24 41:1,5,12,18
  42:9,19

**z**

**zip**  7:3
**zone**  47:22

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1,
2014.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.